AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|   |   |   |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | Civil Action No. |
| *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Defendant List**

Harry Zhabilov
6108 Sumter Ct
Frisco, TX 75035-7996

Billy V. Ray, JR.
3597 Bluff Ct.
Marietta, Georgia 30062

Charles Dilluvio
2369 River Rd.
Myrtle Beach, SC 29588

Stephen Apolant
453 Morgan Pl.
Oyster Bay, NY 11771

Dannie Zhabilov
3509 Lakebrook Dr.
Plano, TX 75093

Jonathan Farber
211 E 13th Street, Apt 3H
New York, NY 10003

Camelot Nevada Trust
3418 Bridgette
Mont Belvieu, TX 77523

Seacor Capital, Inc.
90 Sunnyside Way
New Rochelle, NY 10804

Sky-Direct LLC
136 Wheatley Road
Glen Head, NY 11545

Wexford Industries Ltd.
1712 Pioneer Ave
Suite 500
Cheyenne, WY 82001

NY Farms Group, Inc.
98 Cutter Mill Rd.
Suite 441S
Great Neck, NY 11021

Equity Markets ADV LLC
136 Wheatley Rd
Glen Head, NY 11545-2614