UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>         Plaintiff,<br>v.<br>HARRY ZHABILOV,<br>BILLY V. RAY, JR.,<br>CHARLES DILLUVIO,<br>STEPHEN APOLANT,<br>DANNIE ZHABILOV,<br>JONATHAN FARBER,<br>CAMELOT NEVADA TRUST,<br>SEACOR CAPITAL, INC.,<br>SKY-DIRECT LLC, and<br>WEXFORD INDUSTRIES LTD.,<br>         Defendants,<br>and<br>NY FARMS GROUP, INC. and<br>EQUITY MARKETS ADV LLC,<br>         Relief Defendants. | Civil Action No. 1:24-CV-7362 (ALC)<br><br>AFFIDAVIT OF MARC J. JONES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

   I, Marc J. Jones, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, as follows:

   1.  I am a government attorney with the United States Securities and Exchange Commission.

   2.  I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

   3.  As shown in the Certificate of Admission to the Bar of Massachusetts attached hereto, I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any State or Federal court.

7. Wherefore your declarant respectfully submits that he be permitted to appear as counsel for Plaintiff, United States Securities and Exchange Commission in this case.

I, Marc J. Jones, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: October 2, 2024

_/s/ Marc J. Jones_
Marc J. Jones (Mass. Bar No. 645910)
  Senior Trial Counsel
United States Securities and Exchange Commission
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8947
Email: *jonesmarc@sec.gov*