UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                          Plaintiff,<br>   v.<br>HARRY ZHABILOV,<br>BILLY V. RAY, JR.,<br>CHARLES DILLUVIO,<br>STEPHEN APOLANT,<br>DANNIE ZHABILOV,<br>JONATHAN FARBER,<br>CAMELOT NEVADA TRUST,<br>SEACOR CAPITAL, INC.,<br>SKY-DIRECT LLC, and<br>WEXFORD INDUSTRIES LTD.,<br>                          Defendants,<br>and<br>NY FARMS GROUP, INC. and<br>EQUITY MARKETS ADV LLC,<br>                          Relief Defendants. | Civil Action No. 1:24-CV-7362 (ALC)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

      The motion of Marc J. Jones for admission to practice *Pro Hac Vice* in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts; and that his contact information is as follows:

> Marc J. Jones (Mass. Bar No. 645910)
> United States Securities and Exchange Commission
> Boston Regional Office
> 33 Arch St., 24th Floor
> Boston, MA 02110
> Phone: (617) 573-8947
> Email: *jonesmarc@sec.gov*

      Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for the United States Securities and Exchange Commission in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District/Magistrate Judge