UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>        Plaintiff,<br><br>v.<br><br>HARRY ZHABILOV,<br>BILLY V. RAY, JR.,<br>CHARLES DILLUVIO,<br>STEPHEN APOLANT,<br>DANNIE ZHABILOV,<br>JONATHAN FARBER,<br>CAMELOT NEVADA TRUST,<br>SEACOR CAPITAL, INC.,<br>SKY-DIRECT LLC, and<br>WEXFORD INDUSTRIES LTD.,<br>        Defendants,<br><br>and<br><br>NY FARMS GROUP, INC. and<br>EQUITY MARKETS ADV LLC,<br>        Relief Defendants. | Civil Action No. 1:24-CV-7362 (ALC)<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Marc J. Jones, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

  I am in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  October 8, 2024						Respectfully Submitted,

							<u>/s/ Marc J. Jones</u>
							Marc J. Jones (Mass. Bar No. 645910)
							   Senior Trial Counsel
							United States Securities and Exchange Commission
							Boston Regional Office
							33 Arch St., 24th Floor
							Boston, MA 02110
							Phone: (617) 573-8947
							Email: *jonesmarc@sec.gov*