**The Commonwealth of Massachusetts**

**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

July 25, 2024

Attorney Marc Jonathan Jones
Marc Jones
SEC, 33 Arch Street 24th Floor
Boston , MA  02110
jonesmarc@sec.gov

**IN RE:**     **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Marc Jonathan Jones .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*[signature]*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   **jr**
Clearance:  07/25/2024 07.24.2024
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **June 13, 2000**,

said Court being the highest Court of Record in said Commonwealth:

## Marc Jonathan Jones

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **twenty-fifth** day of **July**

in the year of our Lord **two thousand and twenty-four.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.