AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Securities and Exchange Commision )
*Plaintiff* )
v. ) Case No. 1:24-cv-07362
Zhabilov, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles Dilluvio and Seacor Capital, Inc.

Date: 10/09/2024

*Attorney's signature*

M. Ryan Feeney (5948880)
*Printed name and bar number*
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

*Address*

MFeeney@herrick.com
*E-mail address*

(212) 592-1400
*Telephone number*

(212) 592-1500
*FAX number*