AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commision )<br>*Plaintiff* )<br>v. )<br>Zhabilov, et al. )<br>*Defendant* ) | Case No. 1:24-cv-07362 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles Dilluvio and Seacor Capital, Inc.

Date:   10/09/2024

/s/ Maxim M. Lebowitz-Nowak
*Attorney's signature*

Maxim M. Lebowitz-Nowak (MN4702)
*Printed name and bar number*
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

*Address*

MNowak@herrick.com
*E-mail address*

(212) 592-1464
*Telephone number*

(212) 592-1500
*FAX number*