AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commision | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-07362 |
| Zhabilov, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles Dilluvio and Seacor Capital, Inc.

Date: 10/09/2024

/s/ Arthur G. Jakoby
*Attorney's signature*

Arthur G. Jakoby (AJ7999)
*Printed name and bar number*
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

*Address*

AJakoby@herrick.com
*E-mail address*

(212) 592-1400
*Telephone number*

(212) 592-1500
*FAX number*