AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-07362 |
| Harry Zhabilov | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Harry Zhabilov.

Date:   10/22/2024

/s/ Patrick Ryan Morris
*Attorney's signature*

Patrick Ryan Morris (PM7919)
*Printed name and bar number*

Morris Legal Corp.
28 Laight Street, 2nd Floor
New York, NY 10013-2143

*Address*

prm@patrickmorrislaw.com
*E-mail address*

(917) 621-1110
*Telephone number*

(929) 296-7680
*FAX number*