UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　Plaintiff,<br><br>v.<br><br>HARRY ZHABILOV, BILLY V. RAY, JR., CHARLES DILLUVIO, STEPHEN APOLANT, DANNIE ZHABILOV, JONATHAN FARBER, CAMELOT NEVADA TRUST, SEACOR CAPITAL, INC., SKY-DIRECT LLC, and WEXFORD INDUSTRIES LTD.,<br>　　　　Defendants,<br>and<br><br>NY FARMS GROUP, INC. and EQUITY MARKETS ADV LLC,<br>　　　　Relief Defendants. | Case No. 1:24-cv-07362<br><br><br><br>**NOTICE OF APPEARANCE** |

I hereby enter my appearance as counsel for Defendant Stephen Apolant, Defendant Sky-Direct LLC, Relief Defendant NY Farms Group, Inc., and Relief Defendant Equity Markets ADV LLC in the above-captioned matter.

Dated: October 24, 2024

*s/ David N. Cinotti*
David N. Cinotti
**PASHMAN STEIN WALDER HAYDEN, P.C.**
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
dcinotti@pashmanstein.com

*Attorneys for Defendants Stephen Apolant and Sky-Direct LLC and Relief Defendants NY Farms Group, Inc. and Equity Markets ADV LLC*