# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>            Plaintiff,<br><br>v.<br><br>HARRY ZHABILOV, BILLY V. RAY, JR., CHARLES DILLUVIO, STEPHEN APOLANT, DANNIE ZHABILOV, JONATHAN FARBER, CAMELOT NEVADA TRUST, SEACOR CAPITAL, INC., SKY-DIRECT LLC, and WEXFORD INDUSTRIES LTD.,<br>            Defendants,<br>and<br><br>NY FARMS GROUP, INC. and EQUITY MARKETS ADV LLC,<br>            Relief Defendants. | Case No. 1:24-cv-07362<br><br>**DEFENDANT SKY-DIRECT LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Defendant Sky-Direct LLC makes the following disclosures under Fed. R. Civ. P. 7.1:

1. Sky-Direct LLC is a non-governmental corporate party and has no parent company.

2. No publicly held corporation owns 10% or more of Defendant's stock.

Dated:  October 24, 2024             *s/ David N. Cinotti*
　　　　　　　　　　　　　　　　　　David N. Cinotti
　　　　　　　　　　　　　　　　　　**PASHMAN STEIN WALDER HAYDEN, P.C.**
　　　　　　　　　　　　　　　　　　Court Plaza South
　　　　　　　　　　　　　　　　　　21 Main Street, Suite 200
　　　　　　　　　　　　　　　　　　Hackensack, NJ 07601
　　　　　　　　　　　　　　　　　　(201) 488-8200
　　　　　　　　　　　　　　　　　　dcinotti@pashmanstein.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Stephen Apolant and Sky-Direct LLC and Relief Defendants NY Farms Group, Inc. and Equity Markets ADV LLC*