**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　Plaintiff,<br><br>v.<br><br>HARRY ZHABILOV, BILLY V. RAY, JR., CHARLES DILLUVIO, STEPHEN APOLANT, DANNIE ZHABILOV, JONATHAN FARBER, CAMELOT NEVADA TRUST, SEACOR CAPITAL, INC., SKY-DIRECT LLC, and WEXFORD INDUSTRIES LTD.,<br>　　　　　Defendants,<br>and<br><br>NY FARMS GROUP, INC. and EQUITY MARKETS ADV LLC,<br>　　　　　Relief Defendants. | Case No. 1:24-cv-07362<br><br>**RELIEF DEFENDANT NY FARMS GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Relief Defendant NY Farms Group, Inc. makes the following disclosures under Fed. R. Civ. P. 7.1:

1.　　NY Farms Group, Inc. is a non-governmental corporate party and has no parent company.

2.　　No publicly held corporation owns 10% or more of Relief Defendant's stock.

Dated:  October 24, 2024

*s/ David N. Cinotti*
David N. Cinotti
**PASHMAN STEIN WALDER HAYDEN, P.C.**
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
dcinotti@pashmanstein.com

*Attorneys for Defendants Stephen Apolant and Sky-Direct LLC and Relief Defendants NY Farms Group, Inc. and Equity Markets ADV LLC*