## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　Plaintiff,<br><br>v.<br><br>HARRY ZHABILOV, BILLY V. RAY, JR., CHARLES DILLUVIO, STEPHEN APOLANT, DANNIE ZHABILOV, JONATHAN FARBER, CAMELOT NEVADA TRUST, SEACOR CAPITAL, INC., SKY-DIRECT LLC, and WEXFORD INDUSTRIES LTD.,<br>　　　　Defendants,<br>and<br><br>NY FARMS GROUP, INC. and EQUITY MARKETS ADV LLC,<br>　　　　Relief Defendants. | Case No. 1:24-cv-07362<br><br>**RELIEF DEFENDANT EQUITY MARKETS ADV LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

　　　　Relief Defendant Equity Markets Adv LLC makes the following disclosures under Fed. R. Civ. P. 7.1:

　　　　1.　　Equity Markets Adv LLC is a non-governmental corporate party and has no parent company.

　　　　2.　　No publicly held corporation owns 10% or more of Relief Defendant's stock.

Dated:  October 24, 2024　　　　　　　*s/ David N. Cinotti*
　　　　　　　　　　　　　　　　　　　David N. Cinotti
　　　　　　　　　　　　　　　　　　　**PASHMAN STEIN WALDER HAYDEN, P.C.**
　　　　　　　　　　　　　　　　　　　Court Plaza South
　　　　　　　　　　　　　　　　　　　21 Main Street, Suite 200
　　　　　　　　　　　　　　　　　　　Hackensack, NJ 07601
　　　　　　　　　　　　　　　　　　　(201) 488-8200
　　　　　　　　　　　　　　　　　　　dcinotti@pashmanstein.com

*Attorneys for Defendants Stephen Apolant and Sky-Direct LLC and Relief Defendants NY Farms Group, Inc. and Equity Markets ADV LLC*