MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 24, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                          Plaintiff,

v.

HARRY ZHABILOV,
BILLY V. RAY, JR.,
CHARLES DILLUVIO,
STEPHEN APOLANT,
DANNIE ZHABILOV,
JONATHAN FARBER,
CAMELOT NEVADA TRUST,
SEACOR CAPITAL, INC.,
SKY-DIRECT LLC, and
WEXFORD INDUSTRIES LTD.,

                          Defendants,

and

NY FARMS GROUP, INC. and
EQUITY MARKETS ADV LLC,

                          Relief Defendants.

---

Civil Action No. 1:24-CV-7362 (ALC)

ORDER FOR ADMISSION
PRO HAC VICE

---

The motion of Rua M. Kelly for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

    Rua M. Kelly (Mass. Bar No. 643351)
    United States Securities and Exchange Commission
    Boston Regional Office
    33 Arch St., 24th Floor
    Boston, MA 02110
    Phone: (617) 573-8941
    Email: kellyru@sec.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for the United States Securities and Exchange Commission in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  October 24, 2024

_____
United States District/Magistrate Judge