UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>HARRY ZHABILOV, BILLY V. RAY, JR., CHARLES DILLUVIO, STEPHEN APOLANT, DANNIE ZHABILOV, JONATHAN FARBER, CAMELOT NEVADA TRUST, SEACOR CAPITAL, INC., SKY-DIRECT LLC, and WEXFORD INDUSTRIES LTD.<br><br>Defendants,<br><br>and<br><br>NY FARMS GROUP, INC. and EQUITY MARKETS ADV LLC<br><br>Relief Defendants. | Case No. 1:24-cv-07362<br><br>**DEFENDANT SEACOR CAPITAL, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

---

Defendant Seacor Capital, Inc. makes the following disclosures under Fed. R. Civ. P. 7.1:

1. Seacor Capital, Inc. is a non-governmental corporate party and has no parent company.

2. No publicly held corporation owns 10% or more of Seacor Capital, Inc.'s stock.

Dated:   New York, New York
         10/24/2024

> HERRICK, FEINSTEIN LLP
>
> By: */s/ Michael Ryan Feeney*
>
> Arthur G. Jakoby
> Maxim Mordecai Lebowitz-Nowak
> Michael Ryan Feeney
> Two Park Avenue
> New York, New York  10016
> Telephone: 212.592.1400
>
> *Attorneys for Seacor Capital, Inc.*

-2-

-2-