## Return of Service

**UNITED STATES DISTRICT COURT**
**Southern District of New York**

U.S. Securities and Exchange Commission
   Plaintiff

Case Number: 1:24-cv-7362

vs.

Harry Zhabilov, et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Wexford Industries Ltd. at 3 Main Street, Suite 2406, Nyack, NY 10960.

I, Wendy Giddens, being duly sworn, depose and say that on November 18, 2024 at or about 10:44 AM I served Summons & Complaint personally to Cara Kupek as Supervisor of Wexford Industries Ltd.. Service occurred at 1712 Pioneer Avenue Suite 500 Cheyenne, WY 82001.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____   11/18/24
Wendy Giddens                                            Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2024-132640
Reference: 25-BRO-008