**Return of Service**

**UNITED STATES DISTRICT COURT**
**Southern District of New York**

U.S. Securities and Exchange Commission  
   Plaintiff

Case Number: 1:24-cv-7362

vs.

Harry Zhabilov, et al.  
   Defendant

On behalf of:  
U.S. Securities and Exchange Commission  
100 F St NE  
Washington, DC 20549

Received by Cavalier to be served on Jonathan Farber at 211 E 13th Street, Apt. 3H, New York, NY 10003.

I, Erika Tejada, being duly sworn, depose and say that on November 16, 2024 at or about 4:45 PM I served Summons & Complaint personally to Hector "Doe" as doorman for the residence of Jonathan Farber at 211 E 13th Street, Apt. 3H, New York, NY 10003, being of suitable age and discretion to accept service in the absence of Jonathan Farber. Upon information and belief, 211 E 13th Street, Apt. 3H, New York, NY 10003 is the usual place of abode of Jonathan Farber.

Fed. R. Civ. P. 4(e)(1) specifies that service may be made by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Therefore, service may be made in accordance with New York state law. New York CPLR 308 states in relevant part that service may be made "by delivering the summons within the state to a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode of the person to be served." Notably, in contrast to Fed. R. Civ. P.4(e)(2)(A), New York CPLR 308 does not require that the person served be a resident of the address where service is made. The person must merely be of suitable age and discretion, a standard which is met by virtually any Manhattan doorman or concierge. In New York City, it is common practice for substituted service of civil papers to be made to doormen. I certify that on November 18, 2024, caused the aforementioned documents to be mailed to Jonathan Farber at the aforementioned address in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against Jonathan Farber.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Erika Tejada     Date: 11-19-24  
Cavalier CPS  
823-C S. King Street  
Leesburg, VA 20175  
(703) 431-7085

Our Job Number: 2024-132636  
Reference: 25-BRO-008