

Patrick Ryan Morris, Esq.

Morris Legal Corp.
28 Laight Street, 2nd Floor
New York, New York 10013

Direct: +1 (917) 621-1110
Main: +1 (646) 692-4012
Fax: +1 (929) 296-7680
Email: prm@patrickmorrislaw.com

www.patrickmorrislaw.com

<u>VIA ECF</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  <u>S.E.C. v. Zhabilov, et al., Dkt. No. 1:24-cv-07362</u>

Dear Judge Carter:

This firm represents defendant, Harry Zhabilov ("Zhabilov"), in the above referenced matter. Pursuant to Section 1.D of the Court's Individual Practices in Civil Cases, we write to respectfully request a one-week extension of time (to December 9, 2024) to respond to Plaintiff's Complaint (ECF. No. 1).

The Moving Defendants' original deadline is Monday December 2, 2024. This request is made for numerous reasons, including the fact that the other defendants in this matter already have a deadline of December 9, 2024, and the undersigned believes, for the sake of judicial economy and fairness, it makes sense to keep all defendants on the same schedule. We understand that other defendants who also have a December 2, 2024, deadline will be requesting similar adjournments. This is the Moving Defendants' first request for an extension of time and the Securities Exchange Commission does not oppose this request.

                Respectfully submitted,

                */s/ Patrick Ryan Morris*

cc:   All Counsel of Record via ECF