

**MEMO ENDORSED**

Arthur G. Jakoby
Partner
212.592.1438
: 212.545.3344
ajakoby@herrickcom

November 29, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 2, 2024

<u>VIA ECF</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>S.E.C. v. Zhabilov, et al., Dkt. No. 1:24-cv-07362</u>

Dear Judge Carter:

This firm represents one of the defendants, Charlies Dilluvio ("Dilluvio"), in the above referenced matter. Pursuant to Section 1.D of the Court's Individual Practices in Civil Cases, we write to respectfully request a one-week extension of time (to December 9, 2024) to respond to Plaintiff's Complaint (ECF. No. 1).

Dilluvio's original deadline is Monday December 2, 2024. This request is made for numerous reasons, including the fact that the other defendants in this matter already have a deadline of December 9, 2024, and the undersigned believes, for the sake of judicial economy and fairness, it makes sense to keep all defendants on the same schedule. We understand that other defendants who also have a December 2, 2024, deadline will be requesting similar adjournments. This is the Dilluvio's first request for an extension of time and the Securities Exchange Commission does not oppose this request.

Respectfully submitted,

/s/ Arthur G. Jakoby

cc:   All Counsel of Record via ECF

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 2, 2024
New York, NY

**HERRICK, FEINSTEIN LLP**  Two Park Avenue   New York, NY 10016   Phone:212.592.1400