

MEMO ENDORSED

Patrick Ryan Morris, Esq.

Morris Legal Corp.
28 Laight Street, 2nd Floor
New York, New York 10013

Direct: +1 (917) 621-1110
Main: +1 (646) 692-4012
Fax: +1 (929) 296-7680
Email: prm@patrickmorrislaw.com

www.patrickmorrislaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __December 2, 2024__

VIA ECF

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  S.E.C. v. Zhabilov, et al., Dkt. No. 1:24-cv-07362

Dear Judge Carter:

This firm represents defendant, Harry Zhabilov ("Zhabilov"), in the above referenced matter. Pursuant to Section 1.D of the Court's Individual Practices in Civil Cases, we write to respectfully request a one-week extension of time (to December 9, 2024) to respond to Plaintiff's Complaint (ECF. No. 1).

The Moving Defendants' original deadline is Monday December 2, 2024. This request is made for numerous reasons, including the fact that the other defendants in this matter already have a deadline of December 9, 2024, and the undersigned believes, for the sake of judicial economy and fairness, it makes sense to keep all defendants on the same schedule. We understand that other defendants who also have a December 2, 2024, deadline will be requesting similar adjournments. This is the Moving Defendants' first request for an extension of time and the Securities Exchange Commission does not oppose this request.

Respectfully submitted,

/s/ Patrick Ryan Morris

cc:  All Counsel of Record via ECF

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 2, 2024
New York, NY

1