UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      *Plaintiff*,<br><br>  -against-<br><br>HARRY ZHABILOV, BILLY V. RAY, JR., CHARLES DILLUVIO, STEPHEN APOLANT, DANNIE ZHABILOV, JONATHAN FARBER, CAMELOT NEVADA TRUST, SEACOR CAPITAL, INC., SKY-DIRECT LLC, and WEXFORD INDUSTRIES LTD.,<br><br>      *Defendants,*<br><br>and<br><br>NY FARMS GROUP, INC. and EQUITY MARKETS ADV LLC,<br><br>      *Relief Defendants.* | Civil Action No.:<br>1:24-cv-7362 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendant, DANNIE ZHABILOV ("Defendant"), in the above-referenced action and respectfully demands all papers served or filed be given to and served upon the undersigned at the address set forth below.

Dated: New York, New York
   December 2, 2024

Respectfully submitted,
**TARTER KRINSKY & DROGIN LLP**

By: *s/ Michael J Grudberg*
  Michael J. Grudberg
1350 Broadway
New York, New York 10018
Tel.: (212) 216-8000
Email: mgrudberg@tarterkrinsky.com

*Attorneys for Defendant,* DANNIE ZHABILOV