

**Tarter Krinsky & Drogin LLP**
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001

**Michael J. Grudberg, Esq.**
Direct Dial: (212) 216-8035
mgrudberg@tarterkrinsky.com

December 2, 2024

<u>**VIA ECF**</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>**S.E.C. v. Zhabilov, et al., Dkt. No. 1:24-cv-07362**</u>

Dear Judge Carter:

      This firm has been engaged today as local counsel for defendant Dannie Zhabilov. We write briefly, under Section 1.D of the Court's Individual Practices, to join in the requests previously made by defendants Harry Zhabilov and Charles Dilluvio for a one-week extension of Ms. Zhabilov's time to respond to the complaint, from today to December 9, 2024, to align the response dates of all defendants. We are advised by Ms. Zhabilov's lead counsel, Giles Law, PLLC, that the Commission Staff does not oppose this request. (Lead counsel are assembling the necessary materials for pro hac vice admission, motions for which we will be filing shortly.) This is Ms. Zhabilov's first request for an extension.

      We thank the Court for its attention to this request and are available to answer any questions.

Respectfully submitted,

*/s/ Michael J. Grudberg*

Michael J. Grudberg

cc: All Counsel of Record via ECF