UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br> v.<br><br>HARRY ZHABILOV,<br>BILLY V. RAY, JR.,<br>CHARLES DILLUVIO,<br>STEPHEN APOLANT,<br>DANNIE ZHABILOV,<br>JONATHAN FARBER,<br>CAMELOT NEVADA TRUST,<br>SEACOR CAPITAL, INC.,<br>SKY-DIRECT LLC, and<br>WEXFORD INDUSTRIES LTD.,<br>       Defendants,<br><br>and<br><br>NY FARMS GROUP, INC. and<br>EQUITY MARKETS ADV LLC,<br>       Relief Defendants. | Civil Action No. 1:24-CV-7362 |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Thomas E. Puzzo hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Jonathan Farber and Defendant Wexford Industries Inc. in the above-captioned action.

  I am in good standing of the bar of the state of Washington and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of

a felony.  I have never been censured, suspended, disbarred or denied  admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  December 10, 2024             Respectfully Submitted,

                                         _/s/   Thomas E. Puzzo_____
                                         Applicant

                                         Applicant's Name:  Thomas E. Puzzo

                                         Firm Name: Law Offices of Thomas E. Puzzo, PLLC

                                         Address:  3823 44th Ave. NE

                                         City/State/Zip:  Seattle, Washington 98105

                                         Telephone: (206) 522-2256

                                         Email: tpuzzo@puzzolaw.com