

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

December 11, 2024

**By ECF (courtesy copy to chambers)**

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 1007

**Re:**   *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362

Dear Judge Carter:

     Several Defendants have moved for a pre-motion conference concerning their intended motions to dismiss the Commission's Complaint against them and for change of venue. [Dkt. 42 (Apolant, Sky-Direct, NY Farms Grp., and Equity Markets ADV, collectively the "Apolant Defendants"); Dkt. 43 (H. Zhabilov); Dkt. 45 (Dilluvio and Seacor, collectively the "Dilluvio Defendants"); and an undocketed letter to chambers from *pro se* Defendant Ray]. Rather than respond via four separate letters, the Commission is seeking authorization from the Court to file a single letter, not to exceed six pages. All parties who filed letters and are represented by counsel have consented to the request for additional pages. Despite seeking a response from Mr. Ray, no response has been received. Given the filing deadline is tomorrow, the Commission is seeking the Court's authorization notwithstanding the lack of response from Mr. Ray.

                                    Sincerely,

                                    /s/ *Nita K. Klunder*

                                  Nita Klunder, Senior Enforcement Counsel
                                  Marc Jones, Senior Trial Counsel
                                  Rua Kelly, Senior Trial Counsel
                                  Division of Enforcement

cc: All defense counsel (via ECF); Billy Ray via email