UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                        **Plaintiff,**<br><br>    **v.**<br><br><br>HARRY ZHABILOV,<br>BILLY V. RAY, JR.,<br>CHARLES DILLUVIO,<br>STEPHEN APOLANT,<br>DANNIE ZHABILOV,<br>JONATHAN FARBER,<br>CAMELOT NEVADA TRUST,<br>SEACOR CAPITAL, INC.,<br>SKY-DIRECT LLC, and<br>WEXFORD INDUSTRIES LTD.,<br>                                        **Defendants,**<br><br>**and**<br><br>NY FARMS GROUP, INC. and<br>EQUITY MARKETS ADV LLC,<br>                                        **Relief Defendants.** | **Civil Action No. 1:24-CV-7362** |

### AFFIDAVIT OF THOMAS E. PUZZO IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

State of Washington                                        :

County of King                                        :

Thomas E. Puzzo, being duly sworn, hereby deposes and says as follows:

1.      I am the sole membership interest holder of the Law Offices of Thomas E. Puzzo,

PLLC, counsel for Defendant Jonathan Farber and Defendant Wexford Industries Inc.  I am

familiar with the proceedings in this case.  I make this statement based on my personal

knowledge of the facts set forth herein and in support of my Motion to Admit Counsel *Pro Hac Vice* to represent Defendant Jonathan Farber and Defendant Wexford Industries Inc. in this matter.

2.    I have never been convicted of a felony.

3.    I have never been ever been censured, suspended, disbarred or denied admission or readmission by any court.

4.    There are no disciplinary proceedings presently against me.

WHEREFORE, it is respectfully requested that the motion to admit Thomas E. Puzzo *pro have vice*, to represent Defendant Jonathan Farber and Defendant Wexford Industries Inc. in the above-captioned matter, be granted.

Dated:  December 10, 2024

Sworn
~~Sword~~ and subscribed before
me this 10th day of December, 2024.

_____
Victor M Escobedo Garcia

Respectfully Submitted,

Thomas E. Puzzo
WSBA #27886
Thomas E. Puzzo

Law Offices of Thomas E. Puzzo
3823 44th Ave. NE
Seattle, Washington 98105
Telephone:  (206) 522-2256
tpuzzo@puzzolaw.com

*Attorneys for Defendants*
*Jonathan Farber and Wexford Industries Inc.*