UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>  Plaintiff,<br><br>v.<br><br>**HARRY ZHABILOV,**<br>**BILLY V. RAY, JR.,**<br>**CHARLES DILLUVIO,**<br>**STEPHEN APOLANT,**<br>**DANNIE ZHABILOV,**<br>**JONATHAN FARBER,**<br>**CAMELOT NEVADA TRUST,**<br>**SEACOR CAPITAL, INC.,**<br>**SKY-DIRECT LLC, and**<br>**WEXFORD INDUSTRIES LTD.,**<br>  Defendants,<br><br>and<br><br>**NY FARMS GROUP, INC. and**<br>**EQUITY MARKETS ADV LLC,**<br>  Relief Defendants. | Civil Action No. 1:24-CV-7362 |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Thomas E. Puzzo, for admission to practice *Pro Hac Vice* in the above captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Washington, and that his contact information is as follows:

Applicant's Name:  Thomas E. Puzzo

Firm Name: Law Offices of Thomas E. Puzzo, PLLC

Address:  3823 44th Ave. NE

City/State/Zip:  Seattle, Washington 98105

Telephone: (206) 522-2256

Email:  tpuzzo@puzzolaw.com

Applicant having requested *Pro Hac Vice* to appear for all purposes as counsel for Defendant Jonathan Farber and Defendant Wexford Industries Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  _____

_____
United States District Judge