UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ZHABILOV ET AL,<br><br>Defendants. | Case No. 1:24-cv-7362 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant Dannie Zhabilov in the above-captioned action and requests that all further notices and copies of pleadings, papers, and other material(s) in this action be directed to and served upon the undersigned.

Dated: December 12, 2024.                LUCOSKY BROOKMAN LLP

/s/ Anne Melton
Anne Melton
111 Broadway, Suite 807
New York, New York 10006
(732) 395-4409
amelton@lucbro.com

*ATTORNEYS FOR DEFENDANT DANNIE ZHABILOV*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and forgoing was electronically filed using the Court's electronic filing system this 12th day of December 2024 and served to all counsel of record via the Court's electronic filing system.

Dated: December 12, 2024.                    */s/ Anne Melton*
                                              *Attorney for Defendant Dannie Zhabilov*