**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 13, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ZHABILOV, et al.,<br><br>Defendants. | Case No. 1:24-cv-7362 |

## NOTICE OF DEFENDANT'S MOTION FOR LEAVE TO FILE LETTER MOTION FOR EXTENSION OF TIME

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support and exhibit(s) thereto, Defendant Dannie Zhabilov ("<u>Defendant</u>"), by and through her undersigned counsel, hereby moves for leave to file a letter motion, pursuant to Federal Rule of Civil Procedure 6(b) and this Court's Local Rule 7.1(d) and Individual Practices 1(D), requesting a fourteen-day extension of time to answer or otherwise respond to Plaintiff's Complaint. Defendant's proposed letter motion is attached hereto as Exhibit A. Defendant respectfully requests that the Court grant her motion and deem Exhibit A as filed.

Dated: December 9, 2024

**LUCOSKY BROOKMAN LLP**

<u>/s/ Samuel Blatnick</u>
Samuel Blatnick
7300 W. 110th Street, Suite 700
Overland Park, KS 66210
(913) 392-8505
sblatnick@lucbro.com

Anne Melton
111 Broadway, Suite 807

New York, NY 10006
(732) 395-4409
amelton@lucbro.com

Evan Gotlob
(*admission forthcoming*)
101 Wood Ave. South
Woodbridge, NJ 08830
(732) 395-4520
egotlob@lucbro.com

***ATTORNEYS FOR DEFENDANT DANNIE ZHABILOV***

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 13, 2024
New York, NY