UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

ZHABILOV ET AL,

Defendants.

Case No. 1:24-cv-7362

---

## STIPULATION AND ORDER SUBSTITUTING ATTORNEYS

The undersigned hereby stipulates and consents to the substitution of the law firm of Lucosky Brookman LLP, by and through its attorneys, Samuel L. Blatnick and Anne Melton, as attorneys of record for Defendant Dannie Zhabilov in the above-captioned action in place and instead of the law firm of Tarter Krinsky & Drogin LLP, and its attorneys Robert G. Heim and Michael J. Grudberg.

Dated: December 16, 2024.

| **TARTER KRINSKY & DROGIN LLP** | **LUCOSKY BROOKMAN LLP** |
|---|---|
| */s/ Robert G. Heim* <br> Robert G. Heim <br> 1350 Broadway <br> New York, NY 10018 <br> rheim@tarterkrinsky.com <br><br> */s/ Michael J. Grudberg* <br> Michael J. Grudberg <br> 1350 Broadway <br> New York, NY 10018 <br> mgrudberg@tarterkrinsky.com <br><br> ***CURRENT ATTORNEYS FOR DEFENDANT DANNIE ZHABILOV*** | */s/ Samuel L. Blatnick* <br> Samuel Blatnick <br> 7300 W. 110th Street, Suite 700 <br> Overland Park, KS 66210 <br> (913) 392-8505 <br> sblatnick@lucbro.com <br><br> */s/ Anne Melton* <br> Anne Melton <br> 111 Broadway, Suite 807 <br> New York, NY 10006 <br> (732) 395-4409 <br> amelton@lucbro.com <br><br> ***SUBSTITUTED ATTORNEYS FOR DEFENDANT DANNIE ZHABILOV*** |