UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ZHABILOV ET AL,<br><br>Defendants. | Case No. 1:24-cv-7362 |

## CONSENT TO CHANGE ATTORNEYS

It is hereby consented that the law firm of Lucosky Brookman LLP, by and through its attorneys, Samuel L. Blatnick and Anne Melton, be substituted as attorneys of record for myself, Defendant Dannie Zhabilov in the above-captioned action in place and instead of the law firm of Tarter Krinsky & Drogin LLP, and its attorney Robert G. Heim.

Dated December 16, 2024.

Defendant Dannie Zhabilov

Signed by:
*Dannie Zhabilov*
5E4A731A7E97488...