# Law Offices of Thomas E. Puzzo, PLLC

3823 44th Ave. NE<br>
Seattle, Washington 98105<br>
USA<br>
Telephone: +1 (206) 522-2256<br>
Cell: +1 (206) 412-6868<br>
E-mail: tpuzzo@puzzolaw.com

December 19, 2024

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re: S.E.C. v. Zhabilov, et al., Dkt. No. 1:24-cv-07362**

Dear Judge Carter:

    I confirm that I represent defendant Jonathan Farber in the above-referenced matter. Pursuant to Section 1.D of the Court's Individual Practices in Civil Cases, I write to respectfully request a five-day extension of time (to December 24, 2024) for Mr. Farber to respond to Plaintiff's Complaint (ECF. No. 1).

    Mr. Farber's original deadline was December 2, 2024. This request is made because I began representation of Mr. Farber in this matter only on December 11, 2024, have drafted an Answer for Mr. Farber, but need time to review the Answer with Mr. Farber prior to filing. This is Mr. Farber's first request for an extension of time. I confirm that plaintiff, Securities Exchange Commission, has confirmed to me that it does not oppose this request.

    Respectfully submitted,

    LAW OFFICES OF THOMAS E. PUZZO, PLLC

    */s/ Thomas E. Puzzo*

    Thomas E. Puzzo