# Law Offices of Thomas E. Puzzo, PLLC

3823 44th Ave. NE<br>
Seattle, Washington 98105<br>
USA<br>
Telephone: +1 (206) 522-2256<br>
Cell: +1 (206) 412-6868<br>
E-mail: tpuzzo@puzzolaw.com

December 19, 2024

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   **Re: S.E.C. v. Zhabilov, et al., Dkt. No. 1:24-cv-07362**

Dear Judge Carter:

  I confirm that I represent defendant Wexford Industries Ltd. ("Wexford") in the above-referenced matter. Pursuant to Section 1.D of the Court's Individual Practices in Civil Cases, I write to respectfully request a five-day extension of time (to December 24, 2024) for Wexford to respond to Plaintiff's Complaint (ECF. No. 1).

  Wexford's original deadline was December 2, 2024. This request is made because I began representation of Wexford in this matter only on December 11, 2024, have drafted an Answer for Wexford, but need time to review the Answer with Wexford prior to filing. This is Wexford's first request for an extension of time. I confirm that plaintiff, Securities Exchange Commission, has confirmed to me that it does not oppose this request.

      Respectfully submitted,

      LAW OFFICES OF THOMAS E. PUZZO, PLLC

      *Thomas E. Puzzo*

      Thomas E. Puzzo