# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,   v.<br><br>HARRY ZHABILOV,<br>BILLY V. RAY, JR.,<br>CHARLES DILLUVIO,<br>STEPHEN APOLANT,<br>DANNIE ZHABILOV,<br>JONATHAN FARBER,<br>CAMELOT NEVADA TRUST,<br>SEACOR CAPITAL, INC.,<br>SKY-DIRECT LLC, and<br>WEXFORD INDUSTRIES LTD.,<br>                    Defendants,<br>and<br><br>NY FARMS GROUP, INC. and<br>EQUITY MARKETS ADV LLC,<br>                    Relief Defendants. | Case No. 1:24-CV-7362<br><br>DEFENDANT WEXFORD INDUSTRIES LTD.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wexford Industries Ltd. ("Wexford") discloses the following: Wexford is a non-governmental corporate party and has no parent company. No publicly held corporation owns 10% or more of Wexford.

Dated:   December 22, 2024

                                                        */s/   Thomas E. Puzzo*
                                                        Thomas E. Puzzo

                                                        Law Offices of Thomas E. Puzzo, PLLC
                                                        3823 44th Ave. NE
                                                        Seattle, Washington 98105
                                                        Telephone:  (206) 522-2256
                                                        tpuzzo@puzzolaw.com

*Attorneys for Defendants Jonathan Farber and Wexford Industries Ltd.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on December 22, 2024, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

                                    */s/   Thomas E. Puzzo*
                                    Thomas E. Puzzo