**Return of Service**

**UNITED STATES DISTRICT COURT**
**Southern District of New York**

U.S. Securities and Exchange Commission
   Plaintiff

Case Number: 1:24-cv-7362

vs.

Harry Zhabilov, et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Camelot Nevada Trust at 3418 Bridgette Ln, Mont Belvieu, TX 77523.

I, Greg Cox, being duly sworn, depose and say that on December 21, 2024 at or about 9:02 AM I served Summons & Complaint personally to Kelli Austin as agent of Camelot Nevada Trust. Service occurred at 3002 Royal Palm Dr, Mont Belvieu, TX 77523.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Greg Cox    December 23, 2024
Cavalier CPS    Date
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2024-133267
Reference: 25-BRO-010