UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ZHABILOV ET AL,<br><br>Defendants. | Case No. 1:24-cv-7362-ALC |

**[PROPOSED] ORDER SUBSTITUTING ATTORNEYS**

Upon the Stipulation Substituting Attorneys from the new law firm of Lucosky Brookman LLP, by and through its attorneys, Samuel L. Blatnick and Anne Melton, for the prior law firm Tarter Krinsky & Drogin LLP, and its attorneys Robert G. Heim and Michael J. Grudberg (Dkt. No. 56); the Consent to Change Attorneys submitted by Defendant Dannie Zhabilov dated December 16, 2024 (Dkt No. 56-1); and the Declaration of Robert G. Heim dated December 16, 2024 (Dkt. No. 56-2), it is hereby

ORDERED that the Stipulation Substituting Attorneys is approved and So Ordered.

_____
Hon. Andrew L. Carter, Jr.
United States District Judge

Dated: _____, 202____