D&F

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/16/25__

BY E-MAIL

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

   Re: S.E.C. v. Zhabilov, et al., Dkt. No. 1:24-cv-07362

Dear Judge Carter:

I am writing this letter on behalf of Camelot Nevada Trust. My name is Kelli Austin and I am a trustee of Camelot Nevada Trust. I respectfully request an extension of time to secure counsel for Camelot Nevada Trust in anticipation of filing a letter pursuant to Rule 2(A) of Your Honor's Individual Practices to request a pre-motion conference in anticipation of filing a 12(b) Motion to Dismiss or in the alternative transfer venue of the Complaint.

On behalf of the Trust, I respectfully request an extension of time to respond to January 20, 2025.

              Sincerely,

              Kelli Austin
              As Trustee