**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

ZHABILOV ET AL,

Defendants.

Case No. 1:24-cv-7362

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  January 16, 2025

## STIPULATION AND ORDER SUBSTITUTING ATTORNEYS

The undersigned hereby stipulates and consents to the substitution of the law firm of Lucosky Brookman LLP, by and through its attorneys, Samuel L. Blatnick and Anne Melton, as attorneys of record for Defendant Dannie Zhabilov in the above-captioned action in place and instead of the law firm of Tarter Krinsky & Drogin LLP, and its attorneys Robert G. Heim and Michael J. Grudberg.

Dated: December 16, 2024.

| TARTER KRINSKY & DROGIN LLP | LUCOSKY BROOKMAN LLP |
|---|---|
| /s/ Robert G. Heim | /s/ Samuel L. Blatnick |
| Robert G. Heim | Samuel Blatnick |
| 1350 Broadway | 7300 W. 110th Street, Suite 700 |
| New York, NY 10018 | Overland Park, KS 66210 |
| rheim@tarterkrinsky.com | (913) 392-8505 |
| | sblatnick@lucbro.com |
| s/ Michael J. Grudberg | |
| Michael J. Grudberg | /s/ Anne Melton |
| 1350 Broadway | Anne Melton |
| New York, NY 10018 | 111 Broadway, Suite 807 |
| mgrudberg@tarterkrinsky.com | New York, NY 10006 |
| | (732) 395-4409 |
| ***CURRENT ATTORNEYS FOR*** | amelton@lucbro.com |
| ***DEFENDANT DANNIE ZHABILOV*** | ***SUBSTITUTED ATTORNEYS FOR*** |
| | ***DEFENDANT DANNIE ZHABILOV*** |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:24-cv-7362 |
| Plaintiff, | |
| -against- | |
| ZHABILOV ET AL, | |
| Defendants. | |

## CONSENT TO CHANGE ATTORNEYS

It is hereby consented that the law firm of Lucosky Brookman LLP, by and through its attorneys, Samuel L. Blatnick and Anne Melton, be substituted as attorneys of record for myself, Defendant Dannie Zhabilov in the above-captioned action in place and instead of the law firm of Tarter Krinsky & Drogin LLP, and its attorney Robert G. Heim.

Dated December 16, 2024.

Defendant Dannie Zhabilov

Signed by:

*Dannie Zhabilov*

5E4A731A7E97488...

SO ORDERED:

*Andrew T Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 16, 2025
New York, NY