## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ZHABILOV ET AL,<br><br>Defendants. | Case No. 1:24-cv-7362 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants Dannie Zhabilov and Harry Zhabilov in the above-captioned action and requests that all further notices and copies of pleadings, papers, and other material(s) in this action be directed to and served upon the undersigned.

Dated: February 28, 2025

**LUCOSKY BROOKMAN LLP**

By: */s/ Matthew W. Ross*
Matthew W. Ross
111 Broadway, Suite 807
New York, NY 10006
(732) 395-4400
mross@lucbro.com

***ATTORNEYS FOR DEFENDANTS
DANNIE AND HARRY ZHABILOV***

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and forgoing was electronically filed using the Court's electronic filing system this 28th day of February 2025 and served to all counsel of record via the Court's electronic filing system.

Dated: February 28, 2025                        */s/ Matthew W. Ross*
                                                               *Attorney for Defendants Dannie and Harry Zhabilov*