BY E-MAIL, ELECTRONIC NOTICE TO COUNSEL, MAILED COPY TO *PRO SE* LITIGANT RAY

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

      Re:    S.E.C. v. Zhabilov, et al., Dkt. No. 1:24-cv-07362

Dear Judge Carter:

I am writing this letter on behalf of Camelot Nevada Trust in response to Marc Jones' Letter Motion for Conference filed March 13, 2025, Docket No. 77. Mr. Jones asked for any comments on his letter by noon on the 12th. I replied at 8:47 a.m. on the 12th. The SEC did not include my comment. I would like the Court to know my feelings. I believe, in the interest of judicial economy, a scheduling order for the answering defendants should not be set until after the dismissals are ruled upon. I would feel it necessary to attend depositions and possible hire counsel if discovery starts before the dismissals are ruled upon. I strongly object to running up fees for parties when there is a real possibility the case will be dismissed for some of the parties.

In addition, at this time, there are two *pro se* litigants. I have not filed to accept electronic service. I do not know if Mr. Ray has or not. I respectfully request all other parties observe the rules for serving *pro se* litigants. I should not have to go on Pacer and look every day to see if there are filings, nor should I have to buy said filings.

      Sincerely,

      Kelli Austin, TR