**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>HARRY ZHABILOV, BILLY V. RAY, JR.,<br>CHARLES DILLUVIO, STEPHEN APOLANT,<br>DANNIE ZHABILOV, JONATHAN FARBER,<br>CAMELOT NEVADA TRUST, SEACOR CAPITAL,<br>INC., SKY-DIRECT LLC, and WEXFORD<br>INDUSTRIES LTD.,<br><br>Defendants, | **Case No.: 1:24-cv-07362**<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned previously entered his appearance as counsel for Defendants Dannie Zhabilov and Harry Zhabilov in the above-captioned action and requests that all further notices and copies of pleadings, papers, and other materials in this action be directed to and served upon the undersigned at the below office.

Dated: June 6, 2025

Respectfully Submitted,
DARROWEVERETT LLP

*/s/ Evan J. Gotlob*
Evan J. Gotlob, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903
T: (401) 453-1200
F: (401) 453-1201
egotlob@darroweverett.com

**ATTORNEY FOR DEFENDANTS**
**DANNIE AND HARRY ZHABILOV**

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above and forgoing was electronically filed using the Court's electronic filing system this 6th day of June 2025 and served to all counsel of record via the Court's electronic filing system.

*/s/ Evan J. Gotlob*
