UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ZHABILOV ET AL,<br><br>Defendants. | Case No. 1:24-cv-7362 |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 1.4(b) of the Local Rules of the United States District Court for the Southern District of New York, the law firm Lucosky Brookman LLP ("Lucosky Brookman") and its undersigned attorneys of record file this Notice of Withdrawal of Counsel of Record for Defendants Harry and Dannie Zhabilov. Withdrawal is permissible under Local Rule 1.4(b) because Defendants Harry and Dannie Zhabilov will continue to have representation through their counsel of record, Evan J. Gotlob of Darrow Everett LLP.

Respectfully submitted,

Dated:  June 10, 2024

**LUCOSKY BROOKMAN LLP**

By: */s/ David M. Rosenfield*
David M. Rosenfield
111 Broadway, Suite 807
New York, NY 10006
(732) 395-4400
drosenfield@lucbro.com

Anne L. Melton
111 Broadway, Suite 807
New York, NY 10006
(732) 395-4409
amelton@lucbro.com

Matthew W. Ross
111 Broadway, Suite 807
New York, NY 10006
(732) 395-4400
mross@lucbro.com

Samuel Blatnick
7300 W 110th St., Suite 700
Overland Park, Kansas 66210
(913) 392-8505
sblatnick@lucbro.com

***ATTORNEYS FOR DEFENDANTS DANNIE AND HARRY ZHABILOV***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing was electronically filed using the Court's electronic filing system this 10th day of June 2025 and served to all counsel of record via the Court's electronic filing system.

I further certify that a copy of the above and forgoing has been sent to the clients via email to Harry Zhabilov at zhabilov@att.net and to Dannie Zhabilov to danniezhabilov@gmail.com.

/s/ David M. Rosenfield
*Attorney for Defendants Dannie and Harry Zhabilov*