UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ZHABILOV ET AL,<br><br>Defendants. | Case No. 1:24-cv-7362 |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 1.4(b) of the Local Rules of the United States District Court for the Southern District of New York, Anne Melton, attorney of record with Lucosky Brookman LLP, files this Notice of Withdrawal of Counsel of Record for Defendants Harry and Dannie Zhabilov. Withdrawal is permissible under Local Rule 1.4(b) because Defendants Harry and Dannie Zhabilov will continue to have representation through their counsel of record, Evan J. Gotlob of Darrow Everett LLP.

Respectfully submitted,

Dated:  June 30, 2024

**LUCOSKY BROOKMAN LLP**

By: */s/  Anne L. Melton*
Anne L. Melton
111 Broadway, Suite 807
New York, NY 10006
(732) 395-4409
amelton@lucbro.com

Matthew W. Ross
111 Broadway, Suite 807
New York, NY 10006
(732) 395-4400
mross@lucbro.com

*ATTORNEYS FOR DEFENDANTS DANNIE*
*AND HARRY ZHABILOV*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing was electronically filed using the Court's electronic filing system this 30th day of June 2025 and served to all counsel of record via the Court's electronic filing system.

I further certify that a copy of the above and forgoing has been sent to the clients via email to Harry Zhabilov at zhabilov@att.net and to Dannie Zhabilov to danniezhabilov@gmail.com.

*/s/ Anne L. Melton*
*Attorney for Defendants Dannie and Harry Zhabilov*