July 2, 2025

**By ECF**
Hon. Andrew L. Carter Jr.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:   SEC v. Zhabilov, et al., No. 1:24-cv-07362**

Dear Judge Carter:

Pursuant to the Court's order of June 27, 2025 (ECF No. 82), Plaintiff Securities and Exchange Commission (the "SEC") and (a) Defendants Stephen E. Apolant and Sky-Direct LLC, Relief Defendants NY Farms Group, Inc. and Equity Markets LLC ADV (the "Apolant Defendants"); (b) Defendants Charles Dilluvio and Seacor Capital, Inc. (the "Dilluvio Defendants"); and (c) Defendant Harry Zhabilov (together with the Apolant and Dilluvio Defendants, "Moving Defendants") respectfully submit this status report and proposed briefing schedule for the Court's consideration.

**1.   Consolidation of Motions to Dismiss**

Moving Defendants have conferred and respectfully seek leave to file (a) a joint motion to dismiss on behalf of the Apolant and Dilluvio Defendants, and (b) a separate motion on behalf of Mr. Zhabilov. Moving Defendants respectfully submit that a single consolidated motion would be impracticable due to differences in allegations and claims against them and the legal arguments raised in their pre-motion letters.

**2.   Proposed Briefing Schedule**

The SEC and Moving Defendants have conferred and propose the following briefing schedule on the motions to dismiss:

| | |
|---|---|
| Moving briefs to be filed: | August 11, 2025 |
| Opposition brief(s) to be filed: | September 9, 2025 |
| Reply briefs to be filed: | September 23, 2025 |

**3.   Appearance of Defendants Billy V. Ray, Jr. and Camelot Nevada Trust**

Defendants Ray and Camelot Nevada Trust have informed the undersigned counsel that they prefer to communicate directly with the Court regarding their intent to appear in the case.

\*   \*   \*

We thank the Court for its attention to this matter.

Hon. Andrew Carter Jr.
July 2, 2025
Page 2

Respectfully submitted,

| SECURITIES AND EXCHANGE COMMISSION | PASHMAN STEIN WALDER HAYDEN, P.C. |
|---|---|
| By: _____<br>Marc Jonathan Jones<br>Rua M. Kelly<br>Nita Kumaraswami Klunder | By: _____*s/David N. Cinotti*_____<br>Jerome M. Selvers<br>David N. Cinotti |
| *Attorneys for Plaintiff Securities and Exchange Commission* | *Attorneys for Defendants Stephen E. Apolant and Sky-Direct LLC and Relief Defendants NY Farms Group, Inc. and Equity Markets ADV LLC* |
| HERRICK, FEINSTEIN LLP | DARROW EVERETT LLP |
| By: _____<br>Arthur Glenn Jakoby<br>Maxim Mordecai Lebowitz-Nowak<br>Michael Ryan Feeney | By: _____<br>Evan J. Gotlob |
| *Attorneys for Defendants Charles Dilluvio and Seacor Capital, Inc.* | *Attorneys for Defendant Harry Zhabilov* |

Hon. Andrew Carter Jr.
July 2, 2025
Page 2

Respectfully submitted,

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | PASHMAN STEIN WALDER HAYDEN, P.C. |
| By: _____<br>Marc Jonathan Jones<br>Rua M. Kelly<br>Nita Kumaraswami Klunder | By: _____<br>Jerome M. Selvers<br>David N. Cinotti |
| *Attorneys for Plaintiff Securities and Exchange Commission* | *Attorneys for Defendants Stephen E. Apolant and Sky-Direct LLC and Relief Defendants NY Farms Group, Inc. and Equity Markets ADV LLC* |
| HERRICK, FEINSTEIN LLP | DARROW EVERETT LLP |
| By: _____<br>Arthur Glenn Jakoby<br>Maxim Mordecai Lebowitz-Nowak<br>Michael Ryan Feeney | By: _____<br>Evan J. Gotlob |
| *Attorneys for Defendants Charles Dilluvio and Seacor Capital, Inc.* | *Attorneys for Defendant Harry Zhabilov* |