<u>BY E-MAIL</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:  <u>S.E.C. v. Zhabilov, et al.</u>, Dkt. No. 1:24-cv-07362

Dear Judge Carter:

I was never asked to meet and confer with the other dismissal defendants in this matter. My fellow Camelot Nevada defendant reached out to three other defendants and one of their counsel. I agree to the time-frames they have submitted despite this. I have submitted both my Notice of Pro Se Apperance and Consent to E-Service with the pro se filing desk, which is now showing up on Pacer.

Camelot and I had hoped in the interest of judicial economy that the defendants could all either submit a filing together or take the different points raised in our letters requesting leave to file Motions to Dismiss. My opinion and Camelot's are closely aligned but I have no knowledge of the intent of the other parties. I have no reason to believe that they are willing to work with me. I will submit my brief separately, if that is okay with the court. I question jurisdiction due to the previous 3(a)(10), and I believe there are failures to state claims for which relief can be granted.

Thank you, your Honor.

Sincerely,


/s/Billy V. Ray, Jr.

Billy V. Ray, Jr., *pro se*