UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
SECURITIES EXCHANGE
COMMISSION,

                *Plaintiff*,

        -against-

ZHABILOV, et. al.,

                *Defendants*.

------------------------------------------------------- x

1:24-cv-07362-ALC

**CONFERENCE ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The telephonic status conference previously scheduled for July 16, 2025 at 3 PM ET is hereby rescheduled to **July 30, 2025 at 4 PM ET**. All parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:    July 17, 2025**
            **New York, New York**
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**