

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

July 23, 2025

**By ECF (courtesy copy to chambers and counsel)**

Honorable Andrew L. Carter, Jr., United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

Re:    *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362
       Letter-Motion for Referral for Settlement Conference with the Zhabilov Defendants

Dear Judge Carter:

Plaintiff Securities & Exchange Commission (the "Commission") and Defendants Harry Zhabilov and Dannie Zhabilov (the "Zhabilov Defendants") (together, the "parties") are filing this letter-motion for Your Honor to refer the parties to Magistrate Judge Ona T. Wang for alternative dispute resolution pursuant to Local Rule 83.9(f).  On October 1, 2024, this Court issued an order designating the Honorable Judge Wang to handle matters that may be referred in this case.  The Commission and the Zhabilov Defendants agree that a referral to the magistrate judge could be of assistance in advancing ongoing settlement discussions between the parties.

Thank you for your attention to this matter.  If the motion is granted by this Court, the parties will contact Judge Wang's chambers promptly to schedule a settlement conference.

                                                  Sincerely,

                                                  */s/ Rua M. Kelly*

                                                  Rua Kelly, Senior Trial Counsel
                                                  Marc Jones, Senior Trial Counsel
                                                  Nita Klunder, Senior Enforcement Counsel
                                                  Securities and Exchange Commission

cc: All defense counsel (via ECF and email)