

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

July 23, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _7/25/2025_____

**By ECF (courtesy copy to chambers and counsel)**

Honorable Andrew L. Carter, Jr., United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

Re:  *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362
     **Letter-Motion for Referral for Settlement Conference with the Zhabilov Defendants**

Dear Judge Carter:

Plaintiff Securities & Exchange Commission (the "Commission") and Defendants Harry Zhabilov and Dannie Zhabilov (the "Zhabilov Defendants") (together, the "parties") are filing this letter-motion for Your Honor to refer the parties to Magistrate Judge Ona T. Wang for alternative dispute resolution pursuant to Local Rule 83.9(f). On October 1, 2024, this Court issued an order designating the Honorable Judge Wang to handle matters that may be referred in this case. The Commission and the Zhabilov Defendants agree that a referral to the magistrate judge could be of assistance in advancing ongoing settlement discussions between the parties.

Thank you for your attention to this matter. If the motion is granted by this Court, the parties will contact Judge Wang's chambers promptly to schedule a settlement conference.

Sincerely,

*/s/ Rua M. Kelly*

Rua Kelly, Senior Trial Counsel
Marc Jones, Senior Trial Counsel
Nita Klunder, Senior Enforcement Counsel
Securities and Exchange Commission

cc: All defense counsel (via ECF and email)

Should the parties wish to proceed before Judge Wang, they must fill out and file the appropriate form, which is available at the following web address: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. Additional guidance and information can be found at the following web address: https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. No. 101.

SO ORDERED:

*/s/ Andrew L. Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 25, 2025