

**Maxim Nowak**
Counsel
Phone: 212.592.1464
Fax: 212.545.3344
mnowak@herrick.com

July 30, 2025

Judge Andrew L. Carter Jr.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *S.E.C. v. Zhabilov, et al.*, 1:24-cv-07362-ALC (S.D.N.Y.)

Dear Judge Carter:

      Please accept my and my colleagues' sincerest apologies for our absence from the court conference scheduled for this afternoon. We had an internal docketing error and today's conference was simply not calendared correctly. We deeply regret the inconvenience our inexcusable absence caused the Court and the other parties. We take full responsibility for this oversight, and we have already implemented measures to ensure that this kind of oversight does not occur again.

Sincerely,

*[signature]*

Maxim Nowak


Cc: All counsel and parties of record (via ECF)