UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
SECURITIES EXCHANGE
COMMISSION,

                *Plaintiff*,

       -against-

ZHABILOV, et. al.,

                *Defendants*.

------------------------------------------------------- x

1:24-cv-07362-ALC

**CONFERENCE ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The telephonic status conference previously scheduled for July 30, 2025 at 4 PM ET is hereby rescheduled to **August 7, 2025 at 2:30 PM ET**. All parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

    In addition, on July 30, 2025, the Court received a letter from Defendant Kelli Austin seeking permission to file a Motion to Strike the filings of Nita Klunder and seek sanctions. Plaintiff is hereby **ORDERED** to respond to Defendant Austin's letter by **Monday August 4, 2025**. The Parties should be prepared to address the letter if need be, at the conference on August 7th.

**SO ORDERED.**

**Dated:    July 31, 2025**
            **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**