BY EMAIL
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

August 1, 2025

Re: Securities and Exchange Commission v. Zhabilov, et al., No. 1:24-cv-07362 (S.D.N.Y.)

Dear Judge Carter:

My letter dated July 30, 2025 had two erroneous cites.  As corrected the citations are as follows: Gucci America, Inc. v. Guess?, Inc., No. 09 Civ. 4373(SAS)(JLC), 2011 WL 9375 (S.D.N.Y. Jan. 3, 2011) and United States v. Boffa, 513 F. Supp. 517 (D. Del. 1981).

I sincerely apologize to the Court.


Respectfully submitted,

Kelli Austin
Trustee, Camelot Nevada Trust (*Pro Se*)


And

Billy V. Ray, Jr., *Pro Se*