UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>                         Plaintiff,<br>    v.<br>**HARRY ZHABILOV,**<br>**BILLY V. RAY, JR.,**<br>**CHARLES DILLUVIO,**<br>**STEPHEN APOLANT,**<br>**DANNIE ZHABILOV,**<br>**JONATHAN FARBER,**<br>**CAMELOT NEVADA TRUST,**<br>**SEACOR CAPITAL, INC.,**<br>**SKY-DIRECT LLC, and**<br>**WEXFORD INDUSTRIES LTD.,**<br>                         Defendants,<br>**and**<br>**NY FARMS GROUP, INC. and**<br>**EQUITY MARKETS ADV LLC,**<br>                         Relief Defendants. | Civil Action No. 1:24-CV-7362 (ALC) |

**PLAINTIFF'S MOTION TO WITHDRAW**
**APPEARANCE OF COMMISSION COUNSEL NITA KLUNDER**

      Pursuant to Local Rule 1.4(b), the Commission moves this Court to allow Commission counsel Nita Klunder to withdraw as counsel in this matter. As cause for Ms. Klunder's withdrawal, undersigned counsel respectfully directs the Court to the letter filed contemporaneously with this motion. [ECF No. 110.] Commission counsel Marc Jones and Rua Kelly (both admitted *pro hac vice*) will continue to represent the Commission in this matter.

| | |
|---|---|
| Dated: August 4, 2025 | SECURITIES AND EXCHANGE COMMISSION<br><br>*/s/ Marc Jones*<br>Marc Jones (*pro hac vice*)<br>Rua Kelly (*pro hac vice*) |

33 Arch Street, 24th Floor
Boston, MA 02110
jonesmarc@sec.gov
(617) 573-8900

## CERTIFICATE OF SERVICE

I hereby certify that, on August 4, 2025, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

*/s/ Marc Jones*