UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
SECURITIES EXCHANGE
COMMISSION,

              *Plaintiff*,

       -against-

ZHABILOV, et. al.,

              *Defendants*.

---------------------------------------------------------- x

1:24-cv-07362-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      As discussed at the hearing held on August 7, 2025, Defendant Camelot Nevada Trust shall retain counsel by August 14, 2025. In addition, the Trust Defendants are hereby GRANTED leave to file their motion for sanctions and motion to strike all pleadings filed or prepared by Attorney Nita Klunder, and the Court hereby sets the following briefing schedule:

-    Defendants' Motion is due by August 28, 2025
-    Plaintiff's Response, if any, is due by September 11, 2025
-    Defendants' Reply, if any, is due by September 18, 2025.

**SO ORDERED.**

**Dated:**    **August 8, 2025**
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**