BY E-MAIL

The Honorable Andrew L. Carter, Jr.                              August 14, 2025
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

       Re:    S.E.C. v. Zhabilov, et al., Dkt. No. 1:24-cv-07362

Dear Judge Carter:

I am writing this letter to inform the Court I have obtained counsel by August 14, 2025, as stated in Your Honor's Order of August 8, 2025. My attorney is waiting for clearance waivers from two of the co-defendants' counsel and will file an appearance as soon as those are obtained. I am not seeking any kind of extension on our filing deadlines.

Thank you very much.

                              Sincerely,

                              Kelli Austin, TR