

**MORRIS LEGAL CORP.** ("MLC")
305 Broadway, Suite 777
New York, NY 10007
T +1 917 905 9804
F +1 917 970 8446
www.morrislegal-pc.com

August 25, 2025

VIA ECF

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Securities and Exchange Commission v. Zhabilov, et al., No. 1:24-cv-07362-ALC — Request for Clarification/Modification of July 11, 2025, Order**

Dear Judge Carter:

    We represent Defendant Camelot Nevada Trust ("Camelot"). We write regarding the Court's July 11, 2025, Order (Dkt. No. 98), which directs Defendants Billy Ray ("Ray") and Camelot to file a single, combined motion to dismiss, with the combined moving brief due today, August 25, 2025.

    First, undersigned counsel was not a party to the letters the Court referenced in finding Ray's and Camelot's interests "aligned," and we did not participate in the July proceedings at which those letters were discussed. We have conferred with counsel for the Securities and Exchange Commission and brought these concerns to the SEC's attention.

    Second, Ray is not our client. He appears to be proceeding *pro se*. Given our ethical duties to Camelot—including duties of loyalty and confidentiality, and our non-delegable certification obligations

under Rule 11—it is both improper and impractical for Camelot's counsel to draft or sign a joint brief with a non-client. A compelled joint submission also risks inadvertent conflicts, potential waiver or entanglement of attorney–client privilege and work product, and uncertainty over ownership of arguments, signature, and responsibility for statements made to the Court.

To be clear, Camelot is not seeking any extension of time. We respectfully request narrowly tailored, alternative relief: that the Court clarify or modify its Order to permit separate motions so that Camelot may file today on the existing schedule. This approach allows timely filing while honoring counsel's professional responsibilities and avoiding the conflicts inherent in a joint submission with a non-client.

We appreciate the Court's consideration.

Respectfully submitted,

/s/ Patrick R. Morris

Patrick R. Morris
Morris Legal Corp
Counsel for Camelot Nevada Trust
prm@patrickmorrislaw.com