UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>       Plaintiff,<br><br>v.<br><br>HARRY ZHABILOV, BILLY V. RAY, JR., CHARLES DILLUVIO, STEPHEN APOLANT, DANNIE ZHABILOV, JONATHAN FARBER, CAMELOT NEVADA TRUST, SEACOR CAPITAL, INC., SKY- DIRECT LLC, and WEXFORD INDUSTRIES LTD.,<br>       Defendants,<br>and<br><br>NY FARMS GROUP, INC. and EQUITY MARKETS ADV LLC,<br>       Relief Defendants. | Case No. 1:24-cv-07362<br><br>NOTICE OF MOTION TO DISMISS THE COMPLAINT |

      **PLEASE TAKE NOTICE** that, on a date and time to be set by the Court, the undersigned counsel for Defendant Camelot Nevada Trust will appear before the Honorable Andrew L. Carter, Jr., U.S.D.J., at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York 10007, for an order granting their motion to dismiss Plaintiff's complaint against them with prejudice under Federal Rules of Civil Procedure 12(b)(6) and 12(f), and for such other relief as the Court deems proper.

      **PLEASE TAKE FURTHER NOTICE** that the Camelot Nevada Trust Defendant relies in support of their motion on the accompanying memorandum of law and Declaration of Patrick R. Morris, with exhibits.

Respectfully submitted,

By: /s/ Patrick Ryan Morris
PATRICK RYAN MORRIS, ESQ.
SDNY Bar No. MO9929
NY: 5575501
305 Broadway, Suite 777

New York, New York 10007
+ 1 (917) 905 – 9804
+ 1 (917) 970 - 8446
prm@patrickmorrislaw.com

*Attorneys for Defendant Camelot Nevada Trust*