## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>HARRY ZHABILOV, BILLY V. RAY, JR., CHARLES DILLUVIO, STEPHEN APOLANT, DANNIE ZHABILOV, JONATHAN FARBER, CAMELOT NEVADA TRUST, SEACOR CAPITAL, INC., SKY-DIRECT LLC, and WEXFORD INDUSTRIES LTD.,<br><br>Defendants,<br><br>and<br><br>NY FARMS GROUP, INC. and EQUITY MARKETS ADV LLC,<br><br>Relief Defendants. | **Case No.: 1:24-cv-07362**<br><br>**NOTICE OF DEFENDANT HARRY ZHABILOV'S MOTION TO DISMISS COMPLAINT** |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), on a date and time to be set by the Court, undersigned counsel for Defendant Harry Zhabilov ("Zhabilov") will appear before Honorable Andrew L. Carter Jr., U.S.D.J., at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order granting Zhabilov's Motion to Dismiss Plaintiff's Complaint and against him and to Strike Plaintiff's Requested Relief, with prejudice, and for such other relief as this Court deems just and proper. In support thereof, Zhabilov intends to rely on the accompanying Memorandum of Law in Support of his Motion to Dismiss, filed contemporaneously herewith, and respectfully requests that this Court grant Zhabilov's request for an oral argument in support of the same.

Respectfully submitted,
DEFENDANT,
Harry Zhabilov,


*/s/ Hannah L. Sfameni*
Hannah L. Sfameni, Esq.
Evan Gotlob, Esq.
*Admitted Pro Hac Vice*
DarrowEverett LLP
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 453-1200
Fax: (401) 453-1201
hsfameni@darroweverett.com
egotlob@darroweverett.com

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that I have filed the within Document via the ECF System and that it is available for viewing and downloading on the 25th day of August 2025. A copy has also been sent via the ECF filing system to all counsel of record.

<u>*/s/ Hannah L. Sfameni*</u>
Hannah L. Sfameni