

**MEMO ENDORSED**

**MORRIS LEGAL CORP.** ("MLC")
305 Broadway, Suite 777
New York, NY 10007
T +1 917 905 9804
F +1 917 970 8446
www.morrislegal-pc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___8/28/2025___

August 27, 2025

VIA ECF and email

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Securities and Exchange Commission v. Zhabilov, et al., No. 1:24-cv-07362-ALC —
Request for Modification/Extension of Time, of August 8, 2025, Order**

Dear Judge Carter:

We represent Defendant Camelot Nevada Trust ("Camelot"). Pursuant to Your Honor's

Part Rules and Local Civil Rule 6.1, we respectfully request an 11-day extension of time for

Camelot's opening filing deadline, and that each subsequent date in the briefing schedule be

extended by an equal 11 days.

The current schedule, as set forth in the Court's August 8, 2025, Order (Dkt. No. 114),

provides that Defendants' motion is due August 28, 2025, the SEC's opposition is due

September 11, 2025, and any reply is due September 18, 2025

Under this proposed extension, Camelot's motion would be due September 8, 2025, the SEC's opposition would be due September 22, 2025, and Camelot's reply would be due September 29, 2025.

This modest extension is necessary to allow undersigned counsel to thoroughly research the factual record as well as the operative and controlling law, particularly as it relates to the application of New York disciplinary suspensions to practice before federal courts. Additional time will permit counsel not only to research the matter fully, but also to assess the legal merit and proper manner in which to address this important issue. We believe that granting this short extension will ensure a complete and properly briefed record, conserve judicial resources, and aid the Court in resolving the matter efficiently.

This is the first request for an extension concerning this schedule. We have conferred with counsel for the Securities and Exchange Commission, and they do not oppose this request.

We respectfully request that the Court grant the extension as set forth above.

Respectfully submitted,

/s/ Patrick R. Morris

Patrick R. Morris
Morris Legal Corp
*Counsel for defendant Camelot Nevada Trust*
prm@patrickmorrislaw.com
+1 (917) 905 – 9804 (Phone)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
August 28, 2025

2