<u>BY E-MAIL AND OVERNIGHT</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

   Re: <u>S.E.C. v. Zhabilov, et al., Dkt. No. 1:24-cv-07362</u>

Dear Judge Carter:

My name is Billy V. Ray, Jr. and I am a named party in this case and was granted the right to file a Motion to Strike and Motion for Sanctions. I agree with the extension of time request filed by the SEC and confirmed by Camelot Nevada Trust as it also gives me an opportunity to meet and confer with the Commission before filing of said motions.

            Respectfully submitted,

            Billy V. Ray, Jr., *pro se*

cc: All Counsel of Record via email