

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/9/2025__

September 8, 2025

**By ECF (courtesy copy to chambers and counsel)**

Honorable Andrew L. Carter, Jr., United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

Re:   *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362
      **Joint Letter Motion for Extension of Time**

Dear Judge Carter:

  Pursuant to Your Honor's Individual Practices and Local Rule 6.1, Plaintiff Securities and Exchange Commission and Defendant Camelot Nevada Trust jointly request a 30-day extension of the deadline for Camelot to file any motion concerning the attorney registration issue detailed in Dkt. No. 110. Under the proposed extension, any motion from Camelot Nevada Trust on that issue would be due October 8, oppositions would be due October 22, and Camelot's reply would be due October 29, 2025.

  As grounds for this motion, the parties report that they have had productive meet-and-confer sessions concerning this issue and would like to continue to discuss and research the matter. No other case deadline need be moved because of this motion for extension.

  This is the second request for extension of time on this motion. On August 28, 2025, the Court granted Camelot's unopposed motion to extend the deadline for the motion from August 28 to September 8, with corresponding extensions of the opposition and reply deadlines. [Dkt. 141.]

Sincerely,

*/s/ Marc J. Jones*

Marc Jones, Senior Trial Counsel
Rua Kelly, Senior Trial Counsel
Securities and Exchange Commission

cc:   All defense counsel and Defendant Ray (via ECF and email)

Plaintiff's request for an extension of time is GRANTED. The Clerk of Court is respectfully directed to terminate the pending motions at Dkt. Nos. 142-143.

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
September 9, 2025