UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>                              Plaintiff,<br><br>     v.<br><br>**HARRY ZHABILOV,**<br>**BILLY V. RAY, JR.,**<br>**CHARLES DILLUVIO,**<br>**STEPHEN APOLANT,**<br>**DANNIE ZHABILOV,**<br>**JONATHAN FARBER,**<br>**CAMELOT NEVADA TRUST,**<br>**SEACOR CAPITAL, INC.,**<br>**SKY-DIRECT LLC, and**<br>**WEXFORD INDUSTRIES LTD.,**<br>                              Defendants,<br><br>**and**<br><br>**NY FARMS GROUP, INC. and**<br>**EQUITY MARKETS ADV LLC,**<br>                              Relief Defendants. | Civil Action No. 1:24-CV-7362 (ALC) |

### DECLARATION OF RUA M. KELLY

I, Rua M. Kelly declare as follows:

1.     I am an attorney with the Securities and Exchange Commission (the "Commission").  I submit this Declaration in support of the Commission's opposition to the Motions to Dismiss filed by Defendants Billy V. Ray, Jr. ("Ray") and Camelot Nevada Trust.

2.     Attached to this Declaration as Exhibit A is a true and correct copy of the final judgment entered in *SEC v. Ray et al.*, 14-cv-61195 (S.D. Fl., Sept. 3, 2014).

3.     Attached to this Declaration as Exhibit B is a true and correct copy of the claim purchase agreement between Entity A and Enzolytics (governing the purchase of

purported debt from Camelot Nevada Trust), along with related exhibits, all of which were previously filed as attachments to the Complaint docketed as *Livingston Asset Management LLC v. Enzolytics, Inc.*, 18-cv-02088 (SAG)(D. Md.). *See* ECF No. 1.2 (July 9, 2018).

4. Attached to this Declaration as Exhibit C are excerpts from the sworn investigative testimony transcript of the Trustee for Camelot Nevada Trust.

5. Attached to this Declaration as Exhibit D are excerpts from the sworn investigative testimony transcript of Defendant Harry Zhabilov.

Dated: September 16, 2025

Rua M. Kelly (Mass. Bar No. 643351)
  Senior Trial Counsel
United States Securities and Exchange Commission
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8941
Email: *kellyru@sec.gov*