1

**EXHIBIT C**

1  UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:      )
4                         )  File No. B-03453-A
5  LIVINGSTON ASSET       )
6  MANAGEMENT, LLC        )
7
8  WITNESS:  Kelli Diann Austin
9  PAGES:    1 through 223
10 PLACE:    Securities and Exchange Commission
11           33 Arch Street, 24th Floor, Room 24214
12           Boston, Massachusetts 02110
13 DATE:     Tuesday, January 31, 2023
14
15      The above-entitled matter came on for hearing,
16 pursuant to notice, at 10:17 a.m.
17
18
19
20
21
22
23
24           Diversified Reporting Services, Inc.
25                    (202) 467-9200

[1/31/2023] Austin, Kelli - Vol. I.20230131.427249-B

```
                                                                    2
 1   APPEARANCES:
 2
 3   On behalf of the Securities and Exchange Commission:
 4        NITA KLUNDER, ESQ.
 5        MARK B. ALBERS, CPA, CFE
 6        AMY GWIAZDA, ASSISTANT REGIONAL DIRECTOR
 7        Securities and Exchange Commission
 8        33 Arch Street, 24th Floor, Room 24214
 9        Boston, Massachusetts 02110
10        klunderni@sec.gov
11        albersm@sec.gov
12        gwiazdaa@sec.gov
13
14   On behalf of the Witness:
15        PATRICK RYAN MORRIS, ESQ.
16        Morris Legal Corp.
17        28 Laight Street, 2A
18        New York, New York 10013
19        (917) 621-1110
20        prm@patrickmorrislaw.com
21
22
23
24
25
```

[1/31/2023] Austin, Kelli - Vol. I.20230131.427249-B

148

```
 1        A    And it was okay for her to sign it.
 2        Q    Okay.  What did -- had you been familiar
 3   with 3(a)(10) transactions before this?
 4        A    Never heard of it in my life.
 5        Q    Okay.  Did Billy explain to you how it would
 6   work?
 7        A    He kind of did, but I never really
 8   completely understood it.  I just knew they were
 9   buying the debt.
10        Q    In the conversations, I think you said three
11   or four with Mr. Hicks, did he explain more of how it
12   would work?  Or was it merely on the terms that you
13   were agreeing to?
14        A    It wasn't even the terms.  He was quizzing
15   me seven ways from Sunday about the Trust and why I
16   was willing to do this.
17        Q    Okay.
18        A    And whether it was a legitimate debt.
19        Q    Okay.
20        A    You know, it was very much, you know, did
21   you do this work?  How do you know Billy?  All that
22   stuff.
23        Q    Okay.  And so I think we've had a few of
24   those questions earlier today.
25        A    Sure.
```

149

```
 1        Q    I guess maybe, and I'm sure I'll look at the
 2   record later, but how were you sure that Billy had
 3   done the work that was the subject of the invoices?
 4        A    I had worked with Billy many times on other
 5   things, and if Billy said he did the work, then Billy
 6   did the work.
 7        Q    So you took Billy's word for it?
 8        A    A hundred percent.
 9        Q    And is that what you said to Mr. Hicks?
10        A    Yes, it is.
11        Q    Okay.
12        A    But I also saw the filings.  You know, Billy
13   had done the filings and I saw the books, you know,
14   the Excel -- he did this thing and it was very hard
15   for me to even read it at first.  He had to explain to
16   me how it worked.  But he would do the equivalent of
17   QuickBooks in Excel that would have -- you know, he
18   would have all of one year on one Excel spreadsheet
19   and it would be the balance sheet on one, and it would
20   be the 3-, 6-, 9-, 12 for -- you know, and it was hard
21   to read until you get the hang of it and then it's
22   easy to read.  But he -- it was very involved, and he
23   had done all the journal entries, all the adjusting
24   entries.  A lot of work.
25        Q    Okay.  Before Jona came on?
```

[1/31/2023] Austin, Kelli - Vol. I.20230131.427249-B

150

```
 1       A    Yes.  Well, and in conjunction with Jona he
 2   even did the work.  Jona just took his work and
 3   entered it into QuickBooks.
 4       Q    Okay.
 5       A    Billy did the work.  And I knew that Billy
 6   had gone to New York with Harry on several occasions
 7   because Jim Zimbler had people that were going to
 8   finance the company.  And like I had to -- I had to
 9   pay for his hotel room on one of my credit cards, and
10   then he had to -- like, he didn't -- we didn't have
11   enough money to get him a cab to get to the meeting.
12   It was a -- so I know he did all of those things.
13       Q    And you said before Billy was sort of a
14   right-hand man to Harry, so like what's the role he's
15   playing when he's attending meetings in New York with
16   Harry?
17       A    He's listening.  And you know, he'll explain
18   it to Harry, like everything the people are saying
19   because Harry -- Harry understands the broad strokes,
20   don't get me wrong.  Harry's very bright, but the
21   finer points of -- if you were discussing, you know, a
22   3(a)(10) or something like that with Harry or a
23   licensing agreement or whatever, he would need that
24   explained to him more fully later.  And he wouldn't
25   want you to do that in front of people.  He wouldn't
```

[1/31/2023] Austin, Kelli - Vol. I.20230131.427249-B

151

1   want to be embarrassed, so but you know, Billy would
2   be his ears more or less.
3       Q    Um-hum.  So he's sort of facilitating things
4   for Harry; is that --
5       A    Well, I mean, I think it was explaining it
6   more than anything.  He wasn't bringing the deals to
7   Harry.
8       Q    Okay.
9       A    Because that was Jim.
10      Q    That was?
11      A    Jim.
12      Q    Jim Zimbler?
13      A    Yes.
14      Q    Okay.  Jim leaves the company in 2017?
15      A    Jim left the company, yes.  There's --
16  there's documentation that Jim has produced where he
17  says he's the vice president of Enzolytics up until
18  2020 and that's not true because he resigned like when
19  this did this stuff with FINRA; he could not be on it,
20  and they tried to do a reverse merger.  He's not the
21  reason that FINRA rejected it; that was a person on
22  IMMB, but he couldn't be on it.
23      Q    Who was the person at IMMB?
24      A    That couldn't be on it?  Elie Sakayan.
25      Q    And why couldn't Elie be on it?

[1/31/2023] Austin, Kelli - Vol. I.20230131.427249-B