```
                                                                    1

 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION    EXHIBIT

 2                                                          D

 3   In the Matter of            )

 4                               ) File No. B-03453-A

 5   LIVINGSTON ASSET MANAGEMENT )

 6

 7   WITNESS:   Harry Zhabilov

 8   PAGES:     1 through 341

 9   PLACE:     Securities and Exchange Commission

10              Boston Regional Office

11              33 Arch Street

12              Boston, Massachusetts  02110

13   DATE:      Monday, March 13, 2023

14

15        The above-entitled matter came on for hearing,

16   pursuant to notice, at 10:43 a.m.

17

18

19

20

21

22

23

24        Diversified Reporting Services, Inc.

25                  (202)467-9200
```

```
                                                                    2
 1    APPEARANCES:

 2


 3    On behalf of the Securities and Exchange Commission:

 4             NITA KLUNDER, ESQ.

 5             MARC JONES, ESQ.

 6             AMY GWIAZDA, ASSISTANT DIRECTOR

 7             MARK ALBERS, STAFF ACCOUNTANT

 8             MAGDALENA ELLIS, SECURITIES EXAMINER

 9             Boston Regional Office

10             33 Arch Street, 24th Floor

11             Boston, Massachusetts  02110

12             617-573-8947

13             klunderni@sec.gov

14             jonesmarc@sec.gov

15

16    On behalf of the Witness:

17             Morris Legal Corp.

18             PATRICK RYAN MORRIS, ESQ.

19             28 Laight Street, 2A

20             New York, New York  10013

21             917-621-1110

22             prm@patrickmorrislaw.com

23

24

25
```

[3/13/2023] Zhabilov, Harry - Vol. I.20230313.436915-B

124

1    A    Yeah.  Dannie is not affiliated with
2    company and general trust as well.
3    Q    What does that mean to you, that someone is
4    not an affiliate?
5    A    I mean, she's not officer.  She's not
6    director of the company.  She's only consultant to
7    the company.  She never -- she never get any
8    business decision to the company.  She only doing
9    something which is regarding strictly to the
10   science.
11   Q    So she was a consultant but just a
12   scientific consultant?
13   A    Scientific -- even -- let me tell you some
14   story.  When first time I met with Steve -- with
15   Steve Apolant, with Charlie, with Victoria, with all
16   this group, there we went to New York to do the
17   presentation in front of them.  You heard the name
18   of Caserta, he was there, and --
19   Q    Carl Caserta --
20   A    Yeah.
21   Q    -- C-A-S-E-R-T-A?
22   A    Correct.
23        I went to New York with Dr. Zapata, the
24   doctor from Mexico, that he has some other proteins
25   relate for the new system.  It's related to -- from

[3/13/2023] Zhabilov, Harry - Vol. I.20230313.436915-B

125

1     shock stream.
2              And Dannie come with me to New York just to
3     met with Dr. Zapata but never come with me on this
4     business meeting.  There is supposed to be big
5     investor there and name is, you know, Steve Hicks,
6     but she never show up there.
7         Q    When was this meeting?
8         A    This meeting was before we do the merge.
9         Q    So the merger was October of 2020.  Was it
10    month --
11        A    '19 or something like that.
12        Q    Okay.
13        A    And I -- the first time I met with all
14    these people there and first time I see Jim Zimbler,
15    Peter Aiello, all these people there, and discuss
16    about working with the -- the Mexican doctor and
17    create the -- the new product with a combination of
18    the two products, and Caserta was -- only Caserta
19    very interested and understand the science in that
20    time but...
21        Q    Why was Steve Hicks supposed to be there?
22        A    Because he's guru of investments.
23             THE REPORTER:  I'm sorry?
24             THE WITNESS:  No.  Off the record.
25             MS. KLUNDER:  Because he's guru of

[3/13/2023] Zhabilov, Harry - Vol. I.20230313.436915-B

126

1    investments.
2         MR. JONES:  And just so you know,
3    Mr. Zhabilov, once you say it, you can't sort of
4    take it out of record.  So just  --
5         THE WITNESS:  Yeah.
6         MR. JONES:  -- understand.
7    BY MS. KLUNDER:
8      Q   How did you know -- why did you understand
9    Steve Hicks was supposed to be there?
10     A   I think some of these people, Charlie or
11   somebody told me about it, that Steve Hicks supposed
12   to be there, but he never show up.
13     Q   Let's look back at Exhibit 33, the issuance
14   of the 175 million shares.
15     A   Uh-huh.
16     Q   That's to the Zhabilov Trust for the
17   license, correct?
18     A   Correct.
19     Q   So that should have gone to the Zhabilov
20   Trust with Diana as trustee?
21     A   Yeah.
22     Q   And I see, on the fifth page, you ask that
23   the certificate be sent to 120 West Pomona Ave. in
24   Monrovia.
25     A   Uh-huh.

[3/13/2023] Zhabilov, Harry - Vol. I.20230313.436915-B

1    for the pink companies to deposit shares in.
2       Q   Who said that?
3           MR. JONES:  Pink companies.
4           THE WITNESS:  Yeah.  Pink.
5           MR. JONES:  Okay.
6    BY MS. KLUNDER:
7       A   I mean, over counter.
8       Q   What was Steve Apolant's role with regard
9    to the company?
10      A   The same role as with Charlie Dilluvio.
11   They are brought together.
12      Q   It seems like Charlie was a lot -- I see a
13   lot more communications, a lot more emails and texts
14   with Charlie, is that right?
15      A   Right.
16      Q   So was Steve more in the background?
17      A   He's on the shade.
18      Q   On the shade?
19      A   Yeah.
20      Q   Did you understand that Steve and Charlie
21   were working together?
22      A   They always together.
23      Q   And I should be clear.  Steve Apolant and
24   Charlie Dilluvio.
25      A   Correct.

159

```
 1        Q    Did you --
 2        A    If -- if Charlie invest 500,000, Apolant
 3    invest 500,000 to the company.  If Charlie invest
 4    one mil, Apolant invest one mil.  They always split
 5    the investment.
 6        Q    So they did the same thing?
 7        A    Correct.
 8        Q    And they did it via Seacor and Sky
 9    Direct?
10        A    Correct.
11        Q    But you understood that it was Charlie and
12    Steve Apolant making those decisions?
13        A    Who else?
14        Q    And you mentioned before that Charlie
15    worked with Steve Hicks.  Did you have any
16    understand whether Steve Apolant worked with Steve
17    Hicks?
18        A    When I was in New York, they always was in
19    one floor there.  I don't know if they are together,
20    but they all together doing the deals.
21        Q    When you say, "one floor," was there a --
22    an office that --
23        A    An office, correct.
24        Q    -- they worked out of together?
25        A    Yes.
```

[3/13/2023] Zhabilov, Harry - Vol. I.20230313.436915-B

160

1    Q    Where was that?
2    A    My second time in New York when I met with
3    them, I brought some Bulgarian guy which has a
4    neutrophysical compound, and he asked to sell here
5    in the United States that I have brought to them.
6         MR. MORRIS:  Harry, I think the question is
7    where was the office.  Do you recall the --
8         THE WITNESS:  Oh, where was the office?
9         MR. MORRIS:  Yeah.
10        THE WITNESS:  No, I don't remember.
11   BY MR. JONES:
12   Q    Do you remember -- you said you went to New
13   York.  Was it in --
14   A    Yeah.
15   Q    -- New York City or outside of New York
16   City?
17   A    No, no, no.  Manhattan.
18   Q    Manhattan.  Okay.
19   BY MS. KLUNDER:
20   Q    Are you saying they all had meetings
21   together, or did you notice they all had permanent
22   offices in that space?
23   A    They have their own offices in the space.
24   Q    And that's Steve Hicks, Steve Apolant, and
25   Charlie Dilluvio?

[3/13/2023] Zhabilov, Harry - Vol. I.20230313.436915-B

1    A    Yeah.

2    Q    Okay.

3    A    That's my impression.

4    Q    Do you recall, like, what was the

5    organization -- like, what was the official office

6    space -- who did it belong to, Livingston, Seacor,

7    Sky Direct?

8    A    No, no.  Not Seacor or Sky Direct.  Maybe,

9    Livingston or some other company that's associated

10   with Steve Hicks.

11        MR. MORRIS:  Do you recall a sign on the

12   door?

13        THE WITNESS:  I don't recall, no.

14        MR. MORRIS:  He doesn't remember.

15        MS. KLUNDER:  Go ahead.

16   BY MR. JONES:

17   Q    Mr. Zhabilov, you -- you said that one of

18   the reasons you did business with Steve Hicks is

19   because you thought he was going to be investing

20   money in your company as well?

21   A    Yeah.

22   Q    What led you to that understanding?

23   A    I was on the phone with him before --

24   before we execute this program.  One time only that

25   I spoke with him was Charlie and Steve --

[3/13/2023] Zhabilov, Harry - Vol. I.20230313.436915-B

280

```
 1      Q    Well, how did you find that out that
 2   Mr. Hicks was interested putting money into the
 3   company?
 4      A    Because he told me on the phone.
 5      Q    Okay.  So you did talk with him?
 6      A    I talked with him, yes, on the phone.
 7      Q    All right.
 8      A    He was charming, and Steve Apolant -- not
 9   Charles.  And Steve Apolant was on the phone.
10      Q    Okay.
11      A    He said, "Oh, yeah.  I'm interested with
12   this project.  I'm..."
13      Q    And when was that?
14      A    This was before this 3(a)(10) problem.
15   It's a long period of time before.
16      Q    Well --
17      A    Maybe, '17.  Not during this program.
18      Q    You mean the 3(a)(10) -- when is the
19   3(a)(10) program?
20      A    When?  '18, I think.
21      Q    Okay.  And when did you have that
22   conversation with Mr. Hicks?
23      A    A year ago.
24      Q    A year before?
25      A    Uh-huh.  After I came from New York.
```

[3/13/2023] Zhabilov, Harry - Vol. I.20230313.436915-B

281

1	Q	After you came from New York?
2	A	Yes.
3	Q	Meaning what, when you came from New
4	York?
5	A	I don't know.  '17 I was there.  When I met
6	with everybody, there is only Steve Hicks that was
7	there.
8	Q	And that was in that building in
9	Manhattan --
10	A	Correct.
11	Q	-- where you said that --
12	A	Yeah.
13	Q	-- Mr. Hicks and the other --
14	A	Yeah.  There was --
15	Q	-- Mr. Dilluvio and Mr. Apolant all had --
16	A	-- Apolant, James, Zimbler, and everybody
17	was there.
18	Q	Mr. Zimbler had an office there, too?
19	A	Oh, no.
20	Q	But he was there at the meeting?
21	A	Oh, yeah.  He was there.  I think Zimbler
22	had office in Pennsylvania.
23	Q	Pennsylvania you said?
24	A	Yeah.
25	Q	Okay.  At that meeting was a 3(a)(10)

282

```
 1        possibility discussed?
 2           A    Nobody raised this.
 3           Q    Nobody raised it at the time.  Okay.
 4        BY MS. KLUNDER:
 5           Q    I asked you earlier about debt from
 6        Proactive Capital Group.  Do you remember that?
 7           A    Proactive Capital Group, no.
 8           Q    That doesn't mean anything to you?
 9           A    Proactive Capital not ring any bell.
10           Q    Okay.
11           A    Did that, again, relate with Steve Hicks?
12           Q    I'll represent that Camelot debt wasn't the
13        only debt of Enzolytics that Livingston purchased.
14                MS. KLUNDER:  That would be 59.
15                     (Document marked as Exhibit 59
16                     for identification)
17        BY MS. KLUNDER:
18           Q    Exhibit 59 placed before you is a July 3rd,
19        2018, email, and the top is a forward from Billy to
20        you.
21           A    Uh-huh.
22           Q    If you scroll down, the original email is
23        an email from Steve Gribben from Alpine Securities.
24        Do you remember having to interact with Alpine
25        Securities ahead of the 3(a)(10) transaction?
```