**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                Plaintiff,               :        24-CV-7362 (ALC) (OTW)
                                         :
        -against-                        :        SCHEDULING ORDER
                                         :
HARRY ZHABILOV, et al.,                  :
                                         :
                Defendants.              :
                                         :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference Call on September 17, 2025.

The Court will hold another **Preliminary Settlement Conference Call on Tuesday, September 23, 2025 at 2:00 p.m.** with Defendant Dannie Zhabilov and her counsel only. The Court will hold another **Preliminary Settlement Conference Call on Tuesday, September 23, 2025 at 2:30 p.m.** with Defendant Harry Zhabilov and his counsel only.

Please call Chambers at 212-805-0260 when the appropriate parties are on the line.

**SO ORDERED.**

Dated: September 18, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge