

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/26/2025__

**By ECF (courtesy copy to chambers and counsel)**

Honorable Andrew L. Carter, Jr., United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

Re:   *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362

Dear Judge Carter:

    The Commission and counsel to Harry and Dannie Zhabilov ("Zhabilov Counsel") write to update the Court on the settlement conference with Magistrate Judge Ona Wang. Without disclosing the nature and scope of the parties' discussions pursuant to FRE 408, the Commission and Zhabilov Counsel agreed that the defense would meet independently with Judge Wang (both counsel and clients). Those meetings have now been scheduled. *See* ECF No. 150. Depending on the outcome of those meetings, the parties will meet for a half-day in person with Judge Wang in November. In light of these discussions, the parties believe that there is at least some prospect for resolving the Commission's claims as to at least one of the two defendants. To be clear, the parties have not reached a settlement in principle, and any resolution would necessarily require the Commission to authorize the proposed terms. Nonetheless, the parties agree that further discussions could be productive and will keep the Court apprised of any progress made.

    In light of settlement discussions, the parties respectfully move the Court to adjourn the briefing schedule for Harry Zhabilov's motion to dismiss. Pursuant to this Court's Order, dated August 22, 2025 (ECF No. 128), the Commission's opposition is due October 1, 2025, with the reply due October 8, 2025. The parties ask the Court to adjourn the deadline for the Commission's opposition to October 30, 2025 and for Zhabilov's reply to November 6, 2025.

    While the parties may seek a further extension, the parties believe that a 30-day adjournment of the briefing deadline is appropriate this time and no greater than necessary.

Sincerely,

*/s/ Rua M. Kelly*
Senior Trial Counsel
Securities and Exchange Commission

cc: All defense counsel (via ECF and email)

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
September 26, 2025