

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

September 30, 2025

**By ECF (courtesy copy to chambers and counsel)**

Honorable Ona T. Wang, United States Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

Re:     *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362

Dear Judge Wang:

The Commission and counsel to Harry and Dannie Zhabilov ("Zhabilov Counsel") write to request that the Court schedule a half-day settlement meeting and set a briefing schedule.

The parties understand that Your Honor's typical practice is to conduct a half-day, in-person session after a preliminary settlement conference call. Since the parties' preliminary settlement conference is now scheduled for November 5 at 2:30 pm, *see* ECF No. 155, the parties respectfully propose that the Court conduct the half-day session on either Monday, December 15 or Tuesday, December 16. The parties are available to appear in the Southern District of New York that day between 1:00 and 4:00 p.m. In addition, the parties propose December 8, 2025 as the deadline to submit the the *ex parte* settlement conference summary form and letter required by Rule VII(c) of the Court's individual practices in civil cases.

Thank you in advance for your time and assistance with this matter.

Sincerely,

*/s/ Rua M. Kelly*
Senior Trial Counsel
Securities and Exchange Commission

cc: Evan Gotlob, Esq. and Hannah Sfameni, Esq. (via ECF and email)