Case 1:24-cv-07362-ALC   Document 161   Filed 10/07/25   Page 1 of 2



**Patrick Ryan Morris, Esq.**

**Morris Legal Corp.**
28 Laight Street, 2nd Floor
New York, New York 10013

**Direct:** +1 (917) 621-1110
**Main:** +1 (646) 692-4012
**Fax:** +1 (929) 296-7680
**Email:** prm@patrickmorrislaw.com

**www.patrickmorrislaw.com**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street New York, NY 10007

October 7, 2025

**Re:    Securities and Exchange Commission v. Harry Zhabilov, et al.
           Civil Action No. 1:24-CV-7362 (ALC)**

Dear Judge Carter:

    I write to respectfully inquire whether the above-captioned SEC enforcement action is, or should be, subject to a Standing Order similar to the recent Amended Standing Order entered by Chief Judge Laura Taylor Swain on October 2, 2025, No. 1:25-mc-00433-LTS.

    As Your Honor may be aware, Chief Judge Swain's Order addresses the impact of the lapse in Department of Justice funding on civil cases involving the United States Attorney's Office for the Southern District of New York. The Order provides procedures for service and establishes that the stay shall remain in effect until Department of Justice funding is restored.

    Given that the Securities and Exchange Commission is a federal agency and that this enforcement action is brought by the United States government, I respectfully seek clarification as to whether:

1. This SEC enforcement action falls within the scope of a stay order or any related administrative orders affecting government-initiated civil litigation during the funding lapse;
2. All pending deadlines in this matter should be extended or stayed until such time as normal government operations resume; and
3. Any scheduled hearings, conferences, or other court proceedings should be continued pending restoration of government funding.

    There are currently a number of pending deadlines in this matter and clarification regarding the status of these deadlines would be greatly appreciated.

Page **1** of **2**

    I understand that this is an extraordinary circumstance affecting the administration of justice, and I am grateful for the Court's guidance on how to proceed during this period of uncertainty.

    Thank you for Your Honor's consideration of this inquiry.

<div style="text-align:right">

Respectfully submitted,

Patrick Ryan Morris
*Attorney for Defendant Camelot Nevada Trust*

</div>