

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 24th Floor
Boston, MA 02110-1424

Boston
Regional Office

October 8, 2025

**By ECF (courtesy copy to chambers and counsel)**

Honorable Andrew L. Carter, Jr., United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

**Re:**  *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362

Dear Judge Carter:

    I am writing on behalf of Plaintiff Securities and Exchange Commission (the "Commission") in response to Defendant Camelot Nevada Trust's "inquiry" (ECF No. 161) regarding any potential impact of the lapse in appropriations on the filing deadlines in this case.

    The Commission is not seeking a blanket stay of the operative deadlines in this case. As the various deadlines approach for each defendant—many of whom are differently situated—the Commission will, of course, meet and confer as needed if either side believes an extension of time may be warranted, and file the appropriate motions with the Court.

    Since Defendant Camelot did not meet and confer with the SEC before filing yesterday's letter, we do not know whether the facts and circumstances support an adjournment of Camelot's latest motion filing deadline, which is today, *see* ECF No. 143, but we write to confirm that we do not seek a general stay of the case at this time.

                                            Sincerely,

                                            */s/ Rua M. Kelly*
                                            Marc Jones, Senior Trial Counsel
                                            Rua Kelly, Senior Trial Counsel
                                            Securities and Exchange Commission

cc: All defense counsel (via ECF)