

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 24th Floor
Boston, MA 02110-1424

BOSTON
REGIONAL OFFICE

October 14, 2025

**By ECF (courtesy copy to chambers and counsel)**

Honorable Andrew L. Carter, Jr., United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

**Re:**   *Securities and Exchange Commission v. Zhabilov et al.*, **1:24-cv-007362**

Dear Judge Carter:

The Securities and Exchange Commission (the "Commission") hereby moves this Court for a 30-day extension of time to oppose the motion for sanctions and to strike pleadings (hereafter the "Camelot Motion") filed by Defendant Camelot Nevada Trust ("Camelot") (ECF No. 163), in which *pro se* defendant Billy V. Ray, Jr. ("Ray") has moved to join (ECF No. 164).

By way of brief background, on August 8, 2025, the Court conducted a hearing and set a briefing schedule for the Camelot Motion. *See* ECF No. 114. At that time, the Court ordered Camelot to retain counsel by August 14, 2025, and to file the motion for sanctions and to strike pleadings by August 28, 2025, with the Commission's response due on September 18, 2025. *Id*. Camelot's motion deadline has been extended twice. *See* ECF No. 141 (Aug. 27, 2025 order granting Camelot's unopposed motion for 11-day extension of briefing schedule) *and* ECF No. 145 (Sept. 9, 2025 order granting joint motion by Camelot and the Commission for 30-day extension). On October 8, 2025, the Camelot Motion was filed. *See* ECF No. 162. The same day, Ray filed a memorandum of law seeking to join in the Camelot Motion. *See* ECF No. 164.

The Commission now moves for a 30-day extension – from October 22 to November 21, 2025 -- to file its opposition to the Camelot Motion, in light of the breadth and scope of the arguments raised in the Motion. Camelot consents to this request, but Ray opposes this request. The Commission submits that the extension of time is reasonable under the circumstances, and made in good faith, and thus respectfully requests that the Court grant the Commission's motion.

Sincerely,

*/s/ Rua M. Kelly*
Marc Jones, Senior Trial Counsel
Rua Kelly, Senior Trial Counsel
Securities and Exchange Commission