UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HARRY ZHABILOV,<br>BILLY V. RAY, JR.,<br>CHARLES DILLUVIO,<br>STEPHEN APOLANT,<br>DANNIE ZHABILOV,<br>JONATHAN FARBER,<br>CAMELOT NEVADA TRUST,<br>SEACOR CAPITAL, INC.,<br>SKY-DIRECT LLC, and<br>WEXFORD INDUSTRIES LTD.,<br>　　　　　　　　　　Defendants,<br><br>and<br><br>NY FARMS GROUP, INC. and<br>EQUITY MARKETS ADV LLC,<br>　　　　　　　　　　Relief Defendants. | Civil Action No. 1:24-cv-7362 (ALC) |

DECLARATION OF MARC JONES
IN SUPPORT OF SEC'S OPPOSITION
TO DEFENDANTS CAMELOT AND RAY'S MOTION TO STRIKE

I, Marc Jones, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　I am a member of the bar of the Commonwealth of Massachusetts. I am an attorney in the Enforcement Division in the Boston Regional Office of the Securities and Exchange Commission ("Commission").

2.　I have personal knowledge of the facts and circumstances of this case. As counsel representing the Commission, I reviewed information and documents obtained by the

Commission during its investigation and litigation of this matter, including documents described herein, and information provided to me by members of the Commission staff.

3. I submit this Declaration to put forth exhibits in support of the Commission's Opposition to Defendants Camelot and Ray's Motions to Strike [Dkt. Nos. 163 and 164].

4. Exhibit A to this Declaration is a true and accurate copy of a Certificate of Good Standing from the Massachusetts Supreme Judicial Court for Attorney Nita Klunder, dated August 1, 2025.

5. Exhibit B to this Declaration is a true and accurate copy of an email from Julie Allsman, Counsel to the District Executive and Grievance Committee, United States District Court, Southern District of New York, to Attorney Nita Klunder, dated August 19, 2025.

6. Exhibit C to this Declaration is a true and accurate copy of an August 8, 2025 Letter to Attorney Nita Klunder from Jorge Dopico, Chief Attorney, Attorney Grievance Committee, State of New York, Supreme Court Appellate Division, First Judicial Department, confirming receipt of Attorney Klunder's Motion for Reinstatement and stating that the Attorney Grievance Committee does not oppose the Motion.

7. Exhibit D to this Declaration is a true and accurate copy of an Order of the Supreme Court of the State of New York, Appellate Division, First Judicial Department, dated September 4, 2025, reinstating Attorney Klunder as an attorney in the State of New York.

8. Exhibit E to this Declaration is a copy of an August 27 Email from Julie Allsman to Camelot Counsel Morris. It was submitted by Camelot as its Exhibit F and is the same document as Dkt. No. 163-6.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 22, 2025                                               */s/ Marc Jones*
                                                                                          Marc Jones

## CERTIFICATE OF SERVICE

I hereby certify that, on October 22, 2025, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

                                                                                         */s/ Marc Jones*
                                                                                          Marc Jones

3