

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 24th Floor
Boston, MA 02110-1424

Boston
Regional Office

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/27/2025__

October 22, 2025

**By ECF (courtesy copy to chambers and counsel)**

Honorable Andrew L. Carter, Jr., United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

Re:   *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362

Dear Judge Carter:

    The Commission and counsel to Harry and Dannie Zhabilov ("Zhabilov Counsel") write to request a further adjournment of the remaining briefing on Harry Zhabilov's motion to dismiss. The parties will appear before Judge Wang on November 5, 2025 at 2:30 p.m. for a preliminary settlement conference call. *See* ECF No. 155. Following that call, the parties have requested that Judge Wang schedule a half-day, in-person session the week of December 15, 2025, with *ex parte* briefing by December 8. *See* ECF No. 158 (joint letter from the parties).

    In light of settlement talks, the parties respectfully move the Court to adjourn the briefing schedule for Harry Zhabilov's motion to dismiss. This is the parties' second request to adjourn briefing on the motion. Pursuant to this Court's original Order, dated August 22, 2025 (ECF No. 128), the Commission's opposition was due October 1, 2025, with the reply due October 8, 2025. On September 26, 2025, this Court extended the deadline for the Commission's opposition to October 30, 2025 and for Zhabilov's reply to November 6, 2025. *See* ECF No. 157.

    The parties ask the Court to set a deadline of January 15, 2026 for the Commission's opposition to Harry Zhabilov's motion to dismiss, with the reply to be filed by January 23, 2026. The parties further propose filing a status report with the Court on December 19, 2026, advising the Court as to whether the parties have reached (or are close to) settlements in principle.

Sincerely,

*/s/ Rua M. Kelly*
Senior Trial Counsel
Securities and Exchange Commission

cc: All defense counsel (via ECF and email)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 27, 2025