**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

              -against-

HARRY ZHABILOV, et al.,

              Defendants.

----------------------------------------------------------------x

24-CV-7362 (ALC) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an in-person Settlement Conference on **Tuesday, December 16, 2025 at 2:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007.** Parties are to submit pre-conference submissions according to my individual practices by **December 9, 2025.**

Parties should inform the Court whether the current lapse in appropriations poses any challenges to settlement discussions in-advance of the November 5th preliminary settlement call.

**SO ORDERED.**

Dated: October 27, 2025
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge