

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

October 28, 2025

**By ECF (courtesy copy to chambers and counsel)**

Honorable Ona T. Wang, United States Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

**Re:**   *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362

Dear Judge Wang:

The Securities and Exchange Commission ("Commission") is writing in response to the Court's October 28, 2025 order regarding any impact on the Commission's ability to engage in settlement discussions in light of the current lapse in appropriations.  *See* ECF No. 170.

As an initial matter, the Commission's assigned counsel (Marc Jones and Rua Kelly) will appear at the November 5, 2025 settlement call with the Court.  We have also had further discussions with counsel for Harry and Dannie Zhabilov ("Zhabilov Counsel") and expect to confer again with Zhabilov Counsel on November 4, 2025, as the parties continue to narrow the scope of disputed issues prior to the in-person settlement meeting with the Court in December.

At this time, undersigned counsel expects to appear in person for the December 16, 2025 settlement conference with this Court, notwithstanding the lapse in appropriations.  Should the parties reach agreement on potential settlement terms for either Harry or Dannie Zhabilov, any such proposal will need to be authorized by the full Commission, and we anticipate that the authorization process could take several additional weeks, particularly if the lapse in appropriations remains ongoing.  However, at this time, undersigned counsel expects to fully participate in the upcoming settlement discussions mediated by this Court.

We thank the Court for the time and attention to this matter.

Sincerely,

*/s/ Rua M. Kelly*
Senior Trial Counsel
Securities and Exchange Commission

cc: Evan Gotlob, Esq. and Hannah Sfameni, Esq. (via ECF and email)