

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

**MEMO ENDORSED**

December 22, 2025

**By ECF (courtesy copy to chambers and counsel)**

Honorable Andrew L. Carter, Jr., United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/30/2025

Re:   *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362

Dear Judge Carter:

The Commission and counsel to Harry and Dannie Zhabilov ("Zhabilov Counsel") request a further adjournment of the remaining briefing on Harry Zhabilov's motion to dismiss. Undersigned counsel and Zhabilov Counsel participated in a half-day, in-person settlement conference with Magistrate Judge Wang on December 16, 2025. The parties made substantial progress on potential settlement terms that undersigned counsel would then recommend to the Commission. We expect that the parties will be able to resolve any remaining issues within the next few weeks. The parties greatly appreciate the assistance of Magistrate Judge Wang in facilitating the discussions.

Based on the progress of the parties' settlement talks, the parties respectfully move the Court to further adjourn the briefing schedule for Harry Zhabilov's motion to dismiss. This is the parties' third request to adjourn briefing on the motion. Pursuant to this Court's original Order, dated August 22, 2025 (ECF No. 128), the Commission's opposition was due October 1, 2025, with the reply due October 8, 2025. On September 26, 2025, this Court extended the deadline for the Commission's opposition to October 30, 2025 and for Zhabilov's reply to November 6, 2025. *See* ECF No. 157. On October 27, 2025, this Court again extended the deadline for the Commission's opposition, this time to January 15, 2026, with the reply due on January 23, 2026. *See* ECF No. 169.

The parties ask the Court to set a deadline of March 20, 2026 for the Commission's opposition to Harry Zhabilov's motion to dismiss, with the Zhabilov Defendants' reply to be filed by March 27, 2026. The parties also propose filing a status report with the Court on February 2, 2026, advising the Court as to the parties' progress on settlement. We note in proposing these deadlines that the Commission's approval process will likely take several weeks, but that if the settlement is agreed to and approved, Zhabilov Counsel will withdraw the pending motion, rendering further briefing unnecessary.

Hon. Andrew L. Carter, Jr.
*Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362
December 22, 2025

                                                  Sincerely,

                                                  */s/ Rua M. Kelly*
                                                  Senior Trial Counsel
                                                  Securities and Exchange Commission

cc: All defense counsel (via ECF and email)

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 30, 2025

2