## Request for Leave to File Motion to Strike Improper Notice of Additional Authority

BY EMAIL

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

ALCarterNYSDChambers@nysd.uscourts.gov

Re: Securities and Exchange Commission v. Zhabilov, et al., No. 1:24-cv-07362 (ALC)

Dear Judge Carter:

Pursuant to Your Honor's Individual Practices and the Local Civil Rules of the Southern District of New York, Defendant Billy V. Ray, Jr., proceeding pro se, respectfully requests leave to file a motion to strike the Securities and Exchange Commission's "Notice of Additional Authority" filed on February 2, 2026 (ECF No. 175).

First, the filing is procedurally improper. Neither the Federal Rules of Civil Procedure, the Local Civil Rules, nor Your Honor's Individual Practices authorize a party to submit supplemental briefing styled as a "Notice of Additional Authority" on fully briefed motions without leave of Court. The filing goes well beyond identifying new authority and instead advances substantive legal argument in opposition to Defendants' pending motions to strike—effectively an unauthorized sur-reply.

Second, the SEC's reliance on SEC v. Farber, No. 24-cv-273 (S.D.N.Y. Jan. 30, 2026) (Koeltl, J.), is legally improper in this posture. A single district court decision—particularly one arising on a distinct factual record—is not binding authority on this Court. The filing misleadingly presents Judge Koeltl's ruling as dispositive, while ignoring that Judge Carter retains independent authority and discretion to evaluate attorney authorization, compliance with SDNY Local Rules, and the integrity of proceedings before his Court.

Third, the filing is prejudicial. By submitting argumentative material outside the authorized briefing schedule, the SEC seeks to influence the Court while denying Defendants any orderly opportunity to respond. This undermines fairness and the structured motion practice contemplated by the Rules.

For these reasons, Defendant respectfully seeks leave to file a motion to strike ECF No. 175 pursuant to Federal Rule of Civil Procedure 12(f) and the Court's inherent authority, or in the alternative, for such other relief as the Court deems just and proper.

We appreciate the Court's time and consideration.

Respectfully submitted,

Billy V. Ray, Jr.

Pro se