

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

February 9, 2026

**By ECF (courtesy copy to chambers and counsel)**

Honorable Andrew L. Carter, Jr., United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

Re:     *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362
         **Opposition to Defendant Ray's Request to File Motion to Strike SEC's Notice**

Dear Judge Carter:

　　　　Plaintiff Securities and Exchange Commission opposes Defendant Billy Ray's request for leave to move to strike the SEC's Notice of Additional Authority (ECF No. 175). As the Court is aware, essentially the same facts and law at issue in Defendants Camelot and Ray's Motions to Strike certain pleadings signed by Attorney Klunder were under consideration by Judge Koetl in a related case, *SEC v. Farber*, 24-cv-273 (S.D.N.Y.). Defendants Camelot and Ray rely on events in that related case as justification for their motions here. *See* ECF No. 163, p. 3; 164 (joining ECF No. 163). That case has now been decided, and the SEC has provided the text of that decision to this Court. And, contrary to Ray's claims, it has done so without "argumentative material." The two sentences the SEC writes about Judge Koetl's decision only quote that decision, and do not make argument about its applicability here. *See Delgado v. Ocwen Loan Servicing, LLC*, 2016 WL 4617159, *6 (E.D.N.Y. Sept. 2, 2016) ("it is fairly standard practice for parties to occasionally send letters or to otherwise file supplemental authority after briefing is completed.") (quotation omitted); *Thompson v. Muni. Credit Union*, 2022 WL 2717303, *7 n.7 (denying motion to strike when "supplemental authority provides further support without adding new arguments or prejudicing defendants"). No grounds exist to strike the Notice of Additional Authority, and the Court should not entertain further briefing on this issue.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　*/s/ Marc Jones*
　　　　　　　　　　　　　　　　Marc Jones, Senior Trial Counsel
　　　　　　　　　　　　　　　　Rua Kelly, Senior Trial Counsel
　　　　　　　　　　　　　　　　Securities and Exchange Commission

cc: All defense counsel (via ECF and email)