

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

February 17, 2026

**By ECF (courtesy copy to chambers and counsel)**

Honorable Andrew L. Carter, Jr., United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

Re:     *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362

Dear Judge Carter:

        The Commission and counsel to Harry and Dannie Zhabilov ("Zhabilov Counsel")
hereby move to adjourn the briefing schedule for Harry Zhabilov's motion to dismiss. As the
Court is aware, the parties engaged in settlement discussions facilitated by Magistrate Judge
Wang. The parties have now reached a settlement in principle. The Commission's counsel
anticipates that it will take several weeks to obtain formal authorization from the Commission for
the proposed settlement terms and to file proposed final judgments.

        Accordingly, the parties move the Court to further adjourn the briefing schedule. This is
the parties' fourth request to adjourn briefing. Pursuant to this Court's original August 22, 2025
Order (ECF No. 128), the Commission's opposition was due October 1, 2025, with the reply due
October 8, 2025. On September 26, 2025, this Court extended the deadline for the opposition to
October 30, 2025 and for the reply to November 6, 2025. ECF No. 157. On October 27, 2025,
this Court extended the deadline for the opposition, to January 15, 2026, with the reply due on
January 23, 2026. ECF No. 169. On December 30, 2025, this Court again extended the deadline
for the opposition, to March 20, 2026, with the reply due on March 27, 2026. ECF No. 174.

        The parties now ask the Court to set a deadline of May 8, 2026 for the Commission's
opposition, with the Zhabilov Defendants' reply to be filed by May 15, 2026. We note that if the
settlement is agreed to and approved, Zhabilov Counsel will withdraw the pending motion,
rendering further briefing unnecessary. The parties also apologize for the delay in filing this
status report, which was to be filed on February 2, 2026 to update the Court on settlement.

                    Sincerely,

                    */s/ Rua M. Kelly*
                    Senior Trial Counsel
                    Securities and Exchange Commission

cc: All defense counsel (via ECF and email)