UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
**SECURITIES EXCHANGE** :
**COMMISSION,** :
:
:
*Plaintiff*, :
:   **1:24-cv-07362-ALC**
-against- :
:   **CONFERENCE ORDER**
**ZHABILOV,** et. al., :
:
*Defendants*. :
:
:
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

     The Parties are ORDERED to appear for a telephonic status conference on **February 24, 2026** at **2:30 PM ET**. All parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:**    **February 23, 2026**
          **New York, New York**                    **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**