UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
SECURITIES EXCHANGE
COMMISSION,

               *Plaintiff*,

        -against-

ZHABILOV, et. al.,

             *Defendants*.

------------------------------------------------------- x

1:24-cv-07362-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      For the reasons stated on the record at the telephonic conference held on February 24, 2026, both the Motion to Dismiss filed by the Zhabilov Defendants (Dkt. No. 133) and the Motion to Adjourn the Briefing Schedule with respect to the Zhabilov Defendants' Motion to Dismiss (Dkt. No. 178) are **DENIED** without prejudice. All Parties shall file a joint status report by **April 12, 2026**. The status report should provide the Court with an update on whether any of the other Defendants are interested in being referred to Judge Wang for a settlement conference, and should include an update from the SEC and the Zhabilov Defendants on their progress towards finalizing a settlement agreement.

      Separately, the SEC's request for an extension of time to oppose the Motion for Sanctions and Motion to Strike the Pleadings (Dkt. No. 165) is **MOOT** because the SEC timely filed its response on October 22, 2026.

      The Clerk of Court is respectfully directed to terminate the pending motions at Dkt. Nos. 133, 165, and 178.

**SO ORDERED.**

**Dated:**   **March 12, 2026**
          **New York, New York**　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**