**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br>                          **Plaintiff,** <br><br>   v. <br><br> HARRY ZHABILOV, <br> BILLY V. RAY, JR., <br> CHARLES DILLUVIO, <br> STEPHEN APOLANT, <br> DANNIE ZHABILOV, <br> JONATHAN FARBER, <br> CAMELOT NEVADA TRUST, <br> SEACOR CAPITAL, INC., <br> SKY-DIRECT LLC, and <br> WEXFORD INDUSTRIES LTD., <br>                          **Defendants,** <br><br> **and** <br><br> NY FARMS GROUP, INC. and <br> EQUITY MARKETS ADV LLC, <br>                       **Relief Defendants.** | Civil Action No. 1:24-CV-7362 (ALC) <br><br> MOTION FOR ENTRY <br> OF FINAL JUDGMENT AS TO <br> DEFENDANTS HARRY AND <br> DANNIE ZHABILOV |

Plaintiff Securities and Exchange Commission ("Commission") hereby moves for entry of final judgment as to Defendants Harry Zhabilov and Dannie Zhabilov ("Defendants"), with whom the Commission has reached proposed settlements for the Court's consideration in this case. *See* ECF No. 178. Enclosed are proposed final judgments (the "Zhabilov Judgments") along with Harry Zhabilov's and Dannie Zhabilov's executed consents.

The Commission submits that the Zhabilov Judgments are fair and reasonable and in the public interest in light of *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). Among other things, the Zhabilov Judgments: (1) permanently enjoin Defendants from violations of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder and Section 17(a) of the Securities Act of 1933 ("Securities Act") by committing or engaging in specified

actions or activities relevant to such violation; (2) permanently enjoin Defendants from violating Sections 5(a) and 5(c) of the Securities Act; (3) impose a five-year officer-and-director bar as to Harry Zhabilov; (4) impose a five-year bar as to Harry Zhabilov and a three-year bar as to Dannie Zhabilov from participation in offerings of penny stock; (5) ordering a $236,000 civil penalty as to Harry Zhabilov and a $136,000 civil penalty as to Dannie Zhabilov; and, (6) ordering Dannie Zhabilov to disgorge $1,435,000 with $143,000 prejudgment interest thereon.

If the Zhabilov Judgments are acceptable to the Court, the Commission respectfully requests that the Court grant the motion for entry of final judgment as to both defendants.

Dated:  April 7, 2026

Respectfully submitted,

/s/ Marc J. Jones
Marc Jones (Mass. Bar No. 645910)
  Senior Trial Counsel
Rua M. Kelly (Mass. Bar No. 643351)
   Senior Trial Counsel
United States Securities and Exchange
Commission
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8947
Email: *jonesmarc@sec.gov*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 7, 2026, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

*/s/ Marc J. Jones*