**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    **Plaintiff,**<br><br>    v.<br><br>BILLY V. RAY, JR.,<br>CHARLES DILLUVIO,<br>STEPHEN APOLANT,<br>JONATHAN FARBER,<br>CAMELOT NEVADA TRUST,<br>SEACOR CAPITAL, INC.,<br>SKY-DIRECT LLC, and<br>WEXFORD INDUSTRIES LTD.,<br>                                    **Defendants,**<br><br>**and**<br><br>NY FARMS GROUP, INC. and<br>EQUITY MARKETS ADV LLC,<br>                                    **Relief Defendants.** | Case No. 24-CV-7362 (ALC) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 12, 2026 Order (Dkt. No. 180), the parties[1] submit this Joint Status Report:

1) The Commission and the Zhabilov Defendants (Harry Zhabilov and Dannie Zhabilov) have agreed on the terms of a settlement.  The Commission has submitted a Motion for Entry of Final Judgment as to Harry Zhabilov and Dannie Zhabilov along with Proposed Final Judgments and Consents (Dkt. Nos. 184 & 184-1 – -4).

2) The Commission has e-mailed counsel for each Defendant as well as Defendant Ray regarding the possibilities of settlement and specifically whether they would like to be

---

[1] Despite two attempts, the Commission did not receive a response from Mr. Ray or from counsel for Mr. Farber and Wexford Industries, Ltd. concerning this Joint Status Report.

referred to mediation.  The Commission has had productive conversations regarding settlement discussions with some Defendants, but no Defendant has requested a mediation referral as of this time.

Dated:  April 12, 2026

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION,
By its attorneys,

*/s/ Marc J. Jones*
Marc J. Jones (admitted pro hac vice)
Rua M. Kelly (admitted pro hac vice)
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8900

## CERTIFICATE OF SERVICE

I hereby certify that, on April 12, 2026, a true and correct copy of the above document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

*/s/ Marc J. Jones*
Marc J. Jones