**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 1:24-cv-07362 |
| v. | |
| HARRY ZHABILOV, BILLY V. RAY, JR., CHARLES DILLUVIO, STEPHEN APOLANT, DANNIE ZHABILOV, JONATHAN FARBER, CAMELOT NEVADA TRUST, SEACOR CAPITAL, INC., SKY-DIRECT LLC, and WEXFORD INDUSTRIES LTD., | **NOTICE OF MOTION FOR RECONSIDERATION OR TO CERTIFY QUESTIONS UNDER 28 U.S.C. § 1292(b)** |
| Defendants, | |
| and | |
| NY FARMS GROUP, INC. and EQUITY MARKETS ADV LLC, | |
| Relief Defendants. | |

**PLEASE TAKE NOTICE** that, on a date and time to be set by the Court, the undersigned counsel for Defendants Stephen Apolant, Sky-Direct LLC, Charles Dilluvio, and Seacor Capital, Inc., and Relief Defendants NY Farms Group, Inc. and Equity Markets ADV LLC (the "Apolant and Dilluvio Defendants") will appear before the Honorable Andrew L. Carter, Jr., U.S.D.J., at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York 10007, for an order granting reconsideration of the Court's March 31, 2026 order denying their motion to dismiss Plaintiff's complaint against them with prejudice under Federal Rules of Civil Procedure 12(b)(6) and 12(f), or for an order certifying questions under 28 U.S.C. § 1292(b), and for such other relief as the Court deems proper.

1

**PLEASE TAKE FURTHER NOTICE** that the Apolant and Dilluvio Defendants rely in support of their motion on the accompanying memorandum of law.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:  April 14, 2026

Respectfully submitted,

| | |
|---|---|
| **PASHMAN STEIN WALDER HAYDEN, P.C.** | **HERRICK, FEINSTEIN LLP** |
| By: _s/David N. Cinotti_ | By: _____ |
|    Jerome M. Selvers |    Arthur Glenn Jakoby |
|    David N. Cinotti |    Maxim Mordecai Lebowitz-Nowak |
| Court Plaza South |    Michael Ryan Feeney |
| 21 Main Street, Suite 200 | Two Park Avene |
| Hackensack, NJ 07601 | New York, NY 10016 |
| (201) 488-8200 | (212) 592-1400 |
| dcinotti@pashmanstein.com | mnowak@herrick.com |
| | |
| _Attorneys for Defendants Stephen Apolant and Sky-Direct LLC and Relief Defendants NY Farms Group, Inc. and Equity Markets ADV LLC_ | _Attorneys for Defendants Charles Dilluvio and Seacor Capital, Inc._ |