**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>HARRY ZHABILOV, BILLY V. RAY, JR., CHARLES DILLUVIO, STEPHEN APOLANT, DANNIE ZHABILOV, JONATHAN FARBER, CAMELOT NEVADA TRUST, SEACOR CAPITAL, INC., SKY-DIRECT LLC, and WEXFORD INDUSTRIES LTD.,<br><br>Defendants,<br><br>and<br><br>NY FARMS GROUP, INC. and EQUITY MARKETS ADV LLC,<br><br>Relief Defendants. | Case No. 1:24-cv-07362-ALC<br><br><br>**ANSWER TO AMENDED COMPLAINT, SEPARATE DEFENSES, AND JURY DEMAND OF DEFENDANTS STEPHEN APOLANT AND SKY-DIRECT LLC AND RELIEF DEFENDANTS NY FARMS GROUP, INC. AND EQUITY MARKETS ADV LLC** |

Defendants Stephen Apolant ("Apolant") and Sky-Direct LLC ("Sky-Direct") and Relief Defendants NY Farms Group, Inc. ("NY Farms") and Equity Markets ADV LLC ("Equity Markets") (collectively, the "Apolant Defendants"), by and through their attorneys, hereby answer the Amended Complaint filed by the Securities and Exchange Commission as follows:

1. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 1.

2.      The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 2.

3.      The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 3.

4.      The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 4.

5.      The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 5.

6.      The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 6, except they admit only that Apolant, through Sky-Direct, lawfully engaged a stock promoter to increase investor awareness in Enzolytics, Inc. ("Enzolytics") stock as a legitimate business activity unconnected to any scheme to defraud.

7.      The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 7.

8.      The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 8, except they admit only that Sky-Direct converted debt into Enzolytics shares and that an attorney-opinion letter, which they reasonably and in good faith believed to be correct and was correct, was provided in connection with that conversion.

9. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 9.

10. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 10.

11. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 11.

12. Denied.

13. Denied.

14. Admitted.

15. Denied, except the Apolant Defendants admit only that venue in this Court is proper as a matter of law, but they deny that any specifically alleged acts or transactions by the Apolant Defendants occurred in this district.

16. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 16.

17. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 17.

18. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 18.

19.	Denied, except the Apolant Defendants admit only that Apolant resides in Oyster Bay, New York; that he controls Sky-Direct, Equity Markets, and NY Farms; and that he is a former registered representative who has been subject to certain state regulatory actions.

20.	The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 20.

21.	The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 21.

22.	The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 22.

23.	The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 23.

24.	Denied, except the Apolant Defendants admit only that Sky-Direct is a Nevada corporation controlled by Apolant.

25.	The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 25.

26.	Denied, except the Apolant Defendants admit only that NY Farms is a New York entity controlled by Apolant.

27.	Denied, except the Apolant Defendants admit only that Equity Markets is a New York entity controlled by Apolant.

28. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 28.

29. The allegations in Paragraph 29 set forth legal conclusions and characterizations of law to which no response is required. To the extent that a response is required, the Apolant Defendants deny the allegations.

30. The allegations in Paragraph 30 set forth legal conclusions and characterizations of law to which no response is required. To the extent that a response is required, the Apolant Defendants deny the allegations.

31. The allegations in Paragraph 31 set forth legal conclusions and characterizations of law to which no response is required. To the extent that a response is required, the Apolant Defendants deny the allegations.

32. The allegations in Paragraph 32 set forth legal conclusions and characterizations of law to which no response is required. To the extent that a response is required, the Apolant Defendants deny the allegations.

33. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 33.

34. The allegations in Paragraph 34 set forth legal conclusions and characterizations of law to which no response is required. To the extent that a response is required, the Apolant Defendants deny the allegations.

35. The allegations in Paragraph 35 set forth legal conclusions and characterizations of law to which no response is required. To the extent that a response is required, the Apolant Defendants deny the allegations.

36. The allegations in Paragraph 36 set forth legal conclusions and characterizations of law to which no response is required. To the extent that a response is required, the Apolant Defendants deny the allegations.

37. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 37.

38. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 38.

39. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 39.

40. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 40, except they admit only that Sky-Direct exercised its contractual right to convert debt into Enzolytics shares and that an attorney-opinion letter, which they reasonably and in good faith believed to be correct and was correct, was provided in connection with that conversion.

41. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 41.

42. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 42.

43. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 43.

44. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 44.

45. Denied, except the Apolant Defendants admit only that Apolant, through Sky-Direct, lawfully engaged a stock promoter to increase awareness in Enzolytics stock as a legitimate business activity unconnected to any scheme to defraud.

46. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 46.

47. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 47.

48. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 48.

49. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 49.

50.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 50.

51.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 51, except they admit only that Apolant, through Sky-Direct, invested capital in Enzolytics.

52.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 52.

53.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 53.

54.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 54.

55.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 55.

56.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 56.

57.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 57.

58.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 58.

59. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 59.

60. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 60.

61. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 61.

62. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 62.

63. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 63.

64. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 64, except they admit only that Apolant communicated with Ray and Zhabilov but deny that such communications evidenced control over Enzolytics or were unlawful in any way.

65. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 65.

66. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 66.

67. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph

67, except they admit only that Apolant communicated with Ray and Zhabilov but deny that such communications evidenced control over Enzolytics or were unlawful in any way.

68. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 68.

69. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 69.

70. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 70.

71. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 71.

72. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 72.

73. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 73.

74. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 74.

75. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 75.

76. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 76.

77. The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 77.

78.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 78.

79.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 79.

80.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 80.

81.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 81.

82.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 82.

83.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 83.

84.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 84, except they admit only that Equity Markets purchased Enzolytics shares from Camelot.

85.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 85, except they admit only that entities associated with Apolant purchased Enzolytics shares from Camelot.

86.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 86.

87.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 87.

88.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 88.

89.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 89.

90.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 90.

91.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 91.

92.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 92.

93.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 93.

94.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 94.

95.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 95.

96.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 96.

97.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 97.

98.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 98.

99.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 99.

100.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 100.

101.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 101.

102.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 102.

103.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 103.

104.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 104.

105.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 105.

106.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 106.

107.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 107.

108.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 108.

109.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 109.

110.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 110.

111.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 111.

112.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 112.

113.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 113.

114.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 114.

115.     The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 115.

116.     The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 116.

117.     The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 117, except they admit only that Sky-Direct exercised its contractual right to convert debt into Enzolytics shares in September 2020 but deny that such conversion was unlawful in any way.

118.     Denied, except the Apolant Defendants admit only that Enzolytics issued to Sky-Direct unrestricted shares as part of a debt conversion and that an attorney-opinion letter, which

they reasonably and in good faith believed to be correct and was correct, was provided in connection with that conversion.

119.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 119.

120.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 120.

121.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 121.

122.    The Apolant Defendants deny the allegations as to them and lack sufficient information or information to admit or deny the allegations that do not relate to them in Paragraph 122, except they admit only that Sky-Direct transferred Enzolytics stock to NY Farms.

123.    Denied, except the Apolant Defendants admit only that Equity Markets received funds from Wexford.

124.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 124, except they admit only that Apolant, through Sky-Direct, invested capital in Enzolytics.

125.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 125, except they admit only that Apolant, through Sky-Direct, lawfully engaged a stock promoter to increase awareness in Enzolytics stock as a legitimate business activity unconnected to any scheme to defraud.

126.    Denied, except the Apolant Defendants admit only that Apolant had previously lawfully worked with the stock promoter to increase investor awareness as a legitimate business activity unconnected to any scheme to defraud.

127.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 127, except they admit only that Apolant lawfully approached the stock promoter toward the end of 2020 to increase awareness in Enzolytics stock as a legitimate business activity unconnected to any scheme to defraud.

128.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 128.

129.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 129.

130.    The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 130.

131.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 131.

132.    The Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations in Paragraph 132.

133. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 133.

134. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 134, except they admit only that no registration statement was in effect with respect to the sales of Enzolytics stock concerning the Apolant Defendants because the applicable transactions were exempt from registration.

135. The Apolant Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

136. Admitted.

137. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 137.

138. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 138.

139. The Apolant Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

140. Admitted.

141. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 141.

17

142. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 142.

143. The Apolant Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

144. Admitted.

145. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 145.

146. The Apolant Defendants deny the allegations as to them and lack sufficient knowledge or information to admit or deny the allegations that do not relate to them in Paragraph 146.

147. The Apolant Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

148. The allegations in Paragraph 148 are not directed at the Apolant Defendants and therefore no response is required. To the extent that a response is required, the Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations.

149. The allegations in Paragraph 149 are not directed at the Apolant Defendants and therefore no response is required. To the extent that a response is required, the Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations.

150. The allegations in Paragraph 150 are not directed at the Apolant Defendants and therefore no response is required. To the extent that a response is required, the Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations.

151.    The allegations in Paragraph 151 are not directed at the Apolant Defendants and therefore no response is required. To the extent that a response is required, the Apolant Defendants lack sufficient knowledge or information to admit or deny the allegations.

152.    The Apolant Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

153.    The allegations in Paragraph 153 set forth legal conclusions and characterizations of law to which no response is required. To the extent that a response is required, the Apolant Defendants deny the allegations.

154.    Denied.

155.    Denied.

**WHEREFORE**, the Apolant Defendants demand judgment in their favor, dismissing the Amended Complaint, and any claims arising therefrom with prejudice, and awarding them attorneys' fees and costs attendant to defending this action and all other relief that the Court deems just and proper.

## SEPARATE DEFENSES

The Apolant Defendants assert the following defenses without regard to burden of proof:

### First Defense

The Amended Complaint is barred, in whole or in part, because the securities transactions involving the Apolant Defendants were exempt from the registration requirements of Section 5 of the Securities Act pursuant to Section 4(a) of the Securities Act and SEC Rule 144.

### Second Defense

The Amended Complaint is barred, in whole or in part, because the Apolant Defendants are not, and were not during the relevant period, affiliates or control persons of Enzolytics.

19

### Third Defense

The Amended Complaint is barred, in whole or in part, under the applicable statute of limitations and/or the doctrine of laches.

### Fourth Defense

The Amended Complaint is barred, in whole or in part, by the Due Process Clause of the Fifth Amendment because the Apolant Defendants were not provided fair notice that their alleged conduct would be deemed to constitute "control" of Enzolytics within the meaning of the federal securities laws and expose them to costly regulatory enforcement liability.

### Fifth Defense

The Amended Complaint is barred, in whole or in part, because the SEC is not entitled to disgorgement since it has not alleged and cannot prove that any investor suffered pecuniary harm as a result of the Apolant Defendants' conduct.

### Sixth Defense

The Amended Complaint is barred, in whole or in part, as against Relief Defendants because they have a legitimate claim to the property received, and the Amended Complaint does not allege unjust enrichment as a matter of law.

### RESERVATION OF RIGHTS

The Apolant Defendants reserve their right to amend this Answer and assert additional defenses and/or supplement, alter, or change the Answer upon completion of appropriate investigation and discovery.

### DEMAND FOR JURY TRIAL

The Apolant Defendants demand a trial by jury on each and every issue so triable, including but not limited to issues relating to liability, penalties, and disgorgement.

20

Dated:  April 24, 2026                    By:    s/ *Jerome M. Selvers*
                                                 Jerome M. Selvers
                                                 David N. Cinotti
                                                 **PASHMAN STEIN WALDER HAYDEN, P.C.**
                                                 Court Plaza South – East Wing
                                                 21 Main Street, Suite 200
                                                 Hackensack, NJ 07601
                                                 (201) 488-8200
                                                 jselvers@pashmanstein.com
                                                 dcinotti@pashmanstein.com

                                                 *Attorneys for Defendants Stephen Apolant and*
                                                 *Sky-Direct LLC and Relief Defendants NY Farms*
                                                 *Group, Inc. and Equity Markets ADV LLC*