**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW**
**YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>HARRY ZHABILOV,<br>BILLY V. RAY, JR.,<br>CHARLES DILLUVIO,<br>STEPHEN APOLANT,<br>DANNIE ZHABILOV,<br>JONATHAN FARBER,<br>CAMELOT NEVADA TRUST,<br>SEACOR CAPITAL, INC.,<br>SKY-DIRECT LLC, and<br>WEXFORD INDUSTRIES LTD.,<br>                    Defendants,<br><br>    and<br><br>NY FARMS GROUP, INC. and<br>EQUITY MARKETS ADV LLC,<br>                    Relief Defendants. | Civil Action No. 1:24-CV-7362<br>**ANSWER BY CAMELOT**<br>**NEVADA TRUST TO**<br>**AMENDED COMPLAINT,**<br>**SEPARATE DEFENSES,**<br>**AND JURY TRIAL**<br>**DEMANDED** |

**STATEMENT OF PATRICK RYAN MORRIS PURSUANT TO SECTION 11 OF THE**

**COURT'S ELECTRONIC CASE FILING RULES AND INSTRUCTIONS**

Pursuant to Section 11 of the Electronic Case Filing Rules and Instructions of the United

States District Court for the Southern District of New York, the undersigned counsel for

Defendant Camelot Nevada Turst respectfully submits this Statement to explain how an

interruption in service prevented the timely electronic filing of Defendant's Answer to the

Amended Complaint (the "Answer"), filed concurrently herewith.

Page **1** of **3**

1.      The Answer was due on Friday, April 25, 2026 (the "Filing Deadline"). Pursuant to the Court's ECF Rules and Instructions, electronic filing was required to be completed by midnight Eastern Time on the Filing Deadline.

2.      The undersigned is the sole attorney at Morris Legal Corp. handling this matter and is presently working from Sevres, France, in the Central European Time zone. The Answer was prepared, finalized, and ready for electronic filing well in advance of the Filing Deadline.

3.      At approximately 19:45 CET on Friday, April 25, 2026— corresponding to approximately 13:45 Eastern Time — a localized power outage affecting the building from which I was working caused a complete loss of electrical service and internet connectivity. The interruption rendered it impossible to access the workstation containing the final Answer or to log into the Court's CM/ECF system. The cause of the outage was external to the undersigned and beyond the undersigned's control, as it was the result of water damage to an electrical closet adjacent to the leak. The damage to the electrical was beyond my ability to quickly repair.

4.      The undersigned undertook reasonable efforts to mitigate the effect of the outage and complete the filing before the Filing Deadline, but due to the fact that the workstation containing the final answer was disabled, no such efforts succeeded in restoring the capacity to file before the Filing Deadline. There was no other attorney, paralegal, or staff member at the firm available to complete the filing on Defendant's behalf.

5.      Power and internet connectivity were not restored until approximately 4:30 p.m. CET on Saturday — corresponding to approximately 10:30 a.m. Eastern Time. The Filing Deadline therefore expired during the period in which the outage prevented any filing.

6.      Counsel has consulted with SEC staff attorney Marc Jones, who indicated that the SEC does not object to the filing of this Answer on Saturday, April 25, 2026.

7.      Immediately upon restoration of service, and after consulting with SEC staff, the undersigned electronically filed the Answer at approximately 17:30 CET.

Dated: April 25, 2026

New York, New York

Respectfully submitted,

*/s/ Patrick Ryan Morris*

MORRIS LEGAL CORP.
/s/ Patrick Ryan Morris
Patrick Ryan Morris, Esq.
305 Broadway
New York, New York 10007
Telephone: (917) 621-1110
Email: prm@patrickmorrislaw.com

*Attorney for Defendant Camelot Nevada Trust*