**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br>                     **Plaintiff,** <br><br>   v. <br><br> HARRY ZHABILOV, <br> BILLY V. RAY, JR., <br> CHARLES DILLUVIO, <br> STEPHEN APOLANT, <br> DANNIE ZHABILOV, <br> JONATHAN FARBER, <br> CAMELOT NEVADA TRUST, <br> SEACOR CAPITAL, INC., <br> SKY-DIRECT LLC, and <br> WEXFORD INDUSTRIES LTD., <br>                     **Defendants,** <br><br> and <br><br> NY FARMS GROUP, INC. and <br> EQUITY MARKETS ADV LLC, <br>                     **Relief Defendants.** | Civil Action No. 1:24-CV-7362 (ALC) <br><br> AMENDED MOTION FOR ENTRY OF FINAL JUDGMENTS AS TO DEFENDANTS HARRY AND DANNIE ZHABILOV |

Plaintiff Securities and Exchange Commission ("Commission") hereby amends it motion for entry of final judgments as to Defendants Harry and Dannie Zhabilov ("Defendants"), with whom the Commission has reached proposed settlements for the Court's consideration in this case. *See* ECF No. 178. With this amended motion, the Commission and the Defendants submit new versions of the proposed consents and final judgments. This amended motion for entry of judgments supersedes the previously-filed motion for entry of judgments as to Harry and Dannie Zhabilov, *see* ECF No. 184. The previously-filed consents and judgments reflected the terms of a Commission policy, codified in Rule 202.5(e) of its rules of informal procedure [17 C.F.R. §

202.5(e)], that has now been rescinded.[1]  Enclosed are proposed final judgments (the "Zhabilov Judgments") along with Harry Zhabilov's and Dannie Zhabilov's executed consents.  The revised consents and judgments are identical to those previously filed, other than striking certain restrictions on the Defendants' ability to deny the allegations of the complaint.

The Commission submits that the revised Zhabilov Judgments are fair and reasonable and in the public interest in light of *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). Among other things, the Zhabilov Judgments: (1) permanently enjoin Defendants from violations of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder and Section 17(a) of the Securities Act of 1933 ("Securities Act") by committing or engaging in specified actions or activities relevant to such violation; (2) permanently enjoin Defendants from violating Sections 5(a) and 5(c) of the Securities Act; (3) impose a five-year officer-and-director bar as to Harry Zhabilov; (4) impose a five-year bar as to Harry Zhabilov and a three-year bar as to Dannie Zhabilov from participation in offerings of penny stock; (5) ordering a $236,000 civil penalty as to Harry Zhabilov and a $136,000 civil penalty as to Dannie Zhabilov; and, (6) ordering Dannie Zhabilov to disgorge $1,435,000 with $143,000 prejudgment interest thereon.

If the revised Zhabilov Judgments are acceptable to the Court, the Commission respectfully requests that the Court grant this amended motion for entry of final judgment as to both defendants, and enter the proposed Final Judgments submitted herewith.

Dated:  June 10, 2026                                   Respectfully submitted,

                                                                  /s/ Marc J. Jones
                                                                  Marc Jones (Mass. Bar No. 645910)
                                                                   Senior Trial Counsel
                                                                  Rua M. Kelly (Mass. Bar No. 643351)

---

[1] On May 18, 2026, the Commission announced the rescission of 17 C.F.R. §202.5(e), which previously stated that when the Commission chooses to settle an enforcement action in which a sanction is imposed, it will not settle unless the defendant also agrees not to publicly deny the allegations in the complaint.  91 Fed. Reg. 29892 (May 21, 2026).

Senior Trial Counsel
United States Securities and Exchange
Commission
Boston Regional Office
33 Arch St., 24th Floor

Boston, MA 02110

Phone: (617) 573-8947
Email: *jonesmarc@sec.gov*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 10, 2026, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

*/s/ Marc J. Jones*