**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                :

**SECURITIES EXCHANGE COMMISSION,**  :

            *Plaintiff*,     :

      -against-       :      **1:24-cv-07362-ALC**

                :

**ZHABILOV,** et. al.,       :      **AMENDED ORDER OF**

                :

        *Defendants*.    :      **REFERNCE**

                :

                :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Ona T. Wang for the following purpose:

| | | | |
|---|---|---|---|
| **_X _** | **General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)** | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute  _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

**SO ORDERED.**

**Dated:**   **July 1, 2026**
        **New York, New York**

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**