**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

SECURITIES EXCHANGE COMMISSION,                    :
:
*Plaintiff*,                  :
:
-against-                      :          **1:24-cv-07362-ALC**
:
ZHABILOV, et. al.,                                 :          <u>ORDER</u>
:
*Defendants*.          :
:
:
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

  The parties shall submit joint status report by August 28, 2026, regarding the status of

settlement discussions with the remaining Defendants.

**SO ORDERED.**

**Dated: July 22, 2026**
   **New York, New York**

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**