UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

August 28, 2026

**By ECF (courtesy copy to chambers and counsel)**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

**Re: *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362 (ALC)**

Dear Judge Wang:

Pursuant to Section III(a) of the Court's individual practices, the Commission and *pro se* Defendant Billy V. Ray, Jr. ("Mr. Ray") are jointly writing to the Court to request that Mr. Ray be permitted to participate in the September 22, 2026 in-person conference by remote means.

While the Commission and defense counsel are planning to appear at the September 22, 2026 conference in person,[1] Mr. Ray resides outside of New York and has disclosed that he has significant and disabling medical issues that significantly limit his mobility and make travel extremely burdensome. In addition, Mr. Ray has communicated with the Commission via email and by phone and has not raised any issues or concerns with the proposed scheduling order or discovery more generally. For these reasons, the Commission and Mr. Ray jointly request that Mr. Ray be permitted to appear remotely at the September 22, 2026 conference before the Court.

Sincerely,

*/s/ Rua M. Kelly*
Senior Trial Counsel
Securities and Exchange Commission

cc: all counsel of record and Defendant Billy V. Ray, Jr. (via ECF and email)

[1] The parties have met and conferred. None of the Defendants object to this request, however, in conferring, counsel to Defendants Jonathan Farber and Wexford Industries, Ltd. indicated that he too wishes to appear remotely.