**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION,**
**Plaintiff,**

**v.**

**BILLY V. RAY, JR.,**
**CHARLES DILLUVIO,**
**STEPHEN APOLANT,**
**JONATHAN FARBER,**
**CAMELOT NEVADA TRUST,**
**SEACOR CAPITAL, INC.,**
**SKY-DIRECT LLC, and**
**WEXFORD INDUSTRIES LTD.,**
**Defendants,**

**and**

**NY FARMS GROUP, INC. and**
**EQUITY MARKETS ADV LLC,**
**Relief Defendants.**

**Case No. 24-CV-7362 (ALC)**

**JOINT STATUS REPORT**

Pursuant to the Court's July 22, 2026 Order (the "Order") (Dkt. No. 204), the Commission herby submits this Joint Status Report on behalf of the parties:

1) On July 24, 2026, the Commission reached out via email to all defendants in this case to make note of the Order that the parties update the Court regarding any settlement discussions no later than August 28, 2026.

2) The Commission has had productive conversations regarding settlement discussions with some Defendants, but no Defendants (other than Harry and Dannie Zhabilov, with whom the Commission has settled) have requested a mediation referral.

3) As of today, the parties have no further update on the status of settlement discussions, but will apprise the Court of any potential resolution(s) and/or request for mediation.

Dated: August 28, 2026

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION,
By its attorneys,

*/s/ Rua M. Kelly*
Marc J. Jones (admitted pro hac vice)
Rua M. Kelly (admitted pro hac vice)
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8900

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 28, 2026, a true and correct copy of the above document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

*/s/ Rua M. Kelly*
Rua M. Kelly