UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

September 11, 2026

**By ECF (courtesy copy to chambers and counsel)**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

**Re: *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362 (ALC)**

Dear Judge Wang:

Pursuant to the Court's order dated September 9, 2026 (ECF No. 209), the parties have met and conferred and are now jointly writing to the Court to request that the September 22, 2026 in-person conference be rescheduled for 10:30AM on one of the following dates: October 1, 2, 5, 7, or 8, 2026. In addition, counsel for Defendants Jonathan Farber and Wexford Industries, Ltd. (Thomas Puzzo, Esq.) has advised that he will be traveling but available for the conference on the above-listed dates and seeks the Court's permission to participate in the rescheduled conference by telephone. Neither the Commission nor the other Defendants object to Mr. Puzzo's request. If Mr. Puzzo's request is granted, the Commission will obtain telephone contact information for Mess'rs Puzzo and Ray to facilitate their participation in the conference.

Sincerely,

*/s/ Rua M. Kelly*
Senior Trial Counsel
Securities and Exchange Commission

cc: all counsel of record and Defendant Billy V. Ray, Jr. (via ECF and email)