**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

BILLY RAY, et al.,

Defendants.

----------------------------------------------------------x

24-CV-7362 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an Initial Case Management Conference in this matter on **Wednesday, October 7, 2026, at 10:30 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The Court has previously granted Defendant Billy Ray the ability to appear by phone at the Conference. (ECF 209). Counsel for Defendants Jonathan Farber and Wexford Industries, Ltd., Mr. Puzzo, may also appear telephonically. Parties participating telephonically must appear on **one** telephone line and provide **one** phone number with **both** Mr. Ray and Mr. Puzzo on the line that the Court can call, and place on the overhead speaker at the scheduled Conference time. The Commission is directed to provide the phone number to Chambers via email 24 hours in advance of the Conference.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 14, 2026
New York, New York