UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

July 28, 2026

**By E-Mail**

Jerome M. Selvers
David N. Cinotti
Pashman Stein Walder Hayden, P.C.
Court Plaza South – East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
jselvers@pashmanstein.com
dcinotti@pashmanstein.com

Maxim M.L. Nowak, Esq.
Herrick, Feinstein LLP
Two Park Avenue
New York, New York 10016
mnowak@herrick.com

**RE:** ***Securities and Exchange Commission v. Charles Dilluvio, Stephen Apolant, et al.*, 1:24-cv-00736-ALC**

Dear Counsel:

Thank you for the productive meet-and-confer discussion last week on your clients' responses to the Commission's Requests for Documents. To follow-up on that discussion, we here propose limits and modifications to Requests 4 and 5 to narrow the scope and hopefully avoid objections.

Please let us know either that your clients agree to produce documents pursuant to the modifications below, or that further discussion is needed. We would like to reach agreement and begin document production efforts as soon as possible.

We believe that you are preparing to propose search terms for your clients' productions. We would like to receive those terms by August 14, if possible. If that is not possible, please propose a date on which you believe you will be providing us with proposed search terms.

The Commission proposes the following limitations and modifications to Requests 4 and 5:

**REQUEST NO. 4**

Request No. 4 originally requested:

> Documents and communications involving the [Apolant/Dilluvio] Defendants and any of: (i) Harry Zhabilov; (ii) [Stephen Apolant/Charles Dilluvio]; (iii) Lisa Ficarra; (iv) Kelli Austin; (v) Billy V. Ray, Jr.; (vi) Jonathan Farber; (vii) Wexford Industries, Ltd.; (viii) Lois Farber; (ix) Stephen Hicks; (x) Livingston Asset Management LLC; (xi) Trillium Partners LP; (xii) Queenston Partners LP; (xiii) Southridge Partners II LP; (xiv) Dannie

Zhabilov; (xv) Camelot Nevada Trust; (xvi) Darlene Pergola; (xvii) Peter Aiello; (xviii) any other individuals listed in the Initial Disclosures served by any of the parties in this action, including any and all transfer agents or stock promoters.

The Commission proposes limiting this request as follows:

(1) All documents and communications concerning or involving any of the following: Harry Zhabilov, Kelli Austin, Billy V. Ray Jr, Dannie Zhabilov, Camelot Nevada Trust, Peter Aiello.

(2) All documents and communications involving or concerning Enzolytics (ENZC) and any of the following: Lisa Ficara, Darlene Pergola.

(3) All documents and communications involving the issuance, purchase, or sale of securities during the period September 1, 2017 to September 30, 2024 and any of the following: Jonathan Farber, Lois Farber, Wexford.

(4) All documents and communications involving or concerning any of the following: [Stephen Apolant (for Defendant Dilluvio) or Charles Dilluvio (for Defendant Apolant)]; Seacor Capital, Inc.; Sky-Direct LLC; Stephen Hicks; Livingston Asset Management LLC; Trillium Partners LP; Queenston Partners LP; Southridge Partners II LP; or any other individuals listed in the Initial Disclosures served by any of the parties in this action, including any and all transfer agents or stock promoters

**AND**

any of the following entities (or their securities): Enzolytics (ENZC); Immunotech (IMMB); On4 Communications, Inc. (ONZI); TOMI Environmental Solutions, Inc. (TOMI); Ecosciences Inc. (ECEZ); Tiger Oil and Energy, Inc. (TGRO); 0985358 BC Ltd.; 1207124 BC Ltd.; FMB Equities; Meximara Holdings; or Cimarron Capital

during the period September 1, 2017 to September 30, 2024.

(5) All documents concerning any agreements, actions, or litigations under Section 3(a)(10) of the Securities Act of 1933 during the period September 1, 2017 to September 30, 2024, involving any security.

**REQUEST NO. 5**

Request No. 5 originally requested:

Documents sufficient to identify all bank accounts, and brokerage accounts, and any other financial or corporate accounts controlled by or over which any of the Apolant/Dilluvio Defendants have authority or discretion.

The Commission proposes a revised request as follows:

All bank or brokerage records for the following accounts for the time periods specified below:

**Sky-Direct LLC**

a. JPMC (x1182) monthly statements for the years 2018 through 2020, and from August 1, 2022 through September 30, 2024.

b. JPMC (x1900) monthly statements from August 1, 2022 through September 30, 2024.

**Seacor Capital, Inc.**

a. Bank of America (x9811) monthly statements from July 1, 2022 through September 30, 2024.

b. Charles Schwab (x4642-1 and x4642-2) monthly statements from June 1, 2020 through September 30, 2024.

**NY Farms Group Inc.**

a. First National Bank (x3960) monthly statements for the years 2018-2020, and from July 1, 2022 through September 30, 2024.

b. Alpine Securities (x9650) monthly statements for the years 2018-2019 and from January 1, 2022 through September 30, 2024.

**Equity Markets Adv LLC**

a. JPMC (x9095) monthly statements for the years 2018 through September 2021, and from July 1, 2022 through September 30, 2024.

We look forward to hearing from you about these proposals.

Sincerely,

*/s/ Rua M. Kelly*

Rua M. Kelly
Marc J. Jones
Senior Trial Counsel
Division of Enforcement