**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION, :

Plaintiff, :

-against- :

STEPHEN APOLANT, et al., :

Defendants. :

---------------------------------------------------------x

24-CV-7362 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on Wednesday, October 7, 2026. As discussed at this conference:

1. The SEC is directed to refile the parties' proposed protective order (ECF 200-1) without Defendants' redline changes.
2. Plaintiff's Document Request No. 5 (ECF 212-1) is relevant and proportional to the needs of this case. Parties are directed to file a joint letter by **Friday Oct 9**, **2026** identifying whether Defendants will produce documents through July 31, 2022 or December 31, 2022.
3. Parties are directed to file monthly joint status letters on the last business Friday of each month, beginning on **October 30, 2026**.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 8, 2026
New York, New York