UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

October 30, 2026

**By ECF (courtesy copy to chambers and counsel)**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, NY 10007

**Re: *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362 (ALC)**

Dear Judge Wang:

Pursuant to the Court's October 8, 2026 order (ECF No. 216) requiring the parties to file a monthly joint status letter, the Commission and Defendants Stephen Apolant and Sky-Direct LLC and Relief Defendants NY Farms Group, Inc. and Equity Markets ADV LLC (collectively, "Apolant"), Charles Dilluvio and Seacor Capital, Inc. (collectively, "Dilluvio"), Jonathan Farber ("Farber") and Wexford Industries, Ltd. ("Wexford"), Billy Ray ("Ray") and Camelot Nevada Trust ("Camelot") are hereby filing this letter with the Court.

Because the Defendants are in different postures with regard to discovery and/or other cases filed in this District, the current status as to each Defendant is described separately below.

**Apolant/Dilluvio**: The Commission and counsel for Apolant and Dilluvio have reached agreement (with the assistance of the Court) as to all outstanding disputes concerning the Commission's June 10, 2026 document requests, including search terms. Apolant and Dilluvio have advised that they are in the process of collecting responsive documents for production.

**Ray**: The Commission anticipates noticing the deposition of Mr. Ray for early 2027. The Commission has discussed the prospect of the deposition with Mr. Ray in light of his medical issues and will notice the deposition once the Commission and Mr. Ray have agreed on the accommodations needed for Mr. Ray to participate either in person or virtually.

**Farber/Wexford**: On January 16, 2024, the Commission filed a civil complaint related to alleged securities law violations by Jonathan Farber and others, docketed as 1:24-cv-00273-JGK-GS. *SEC v. Farber* is scheduled for trial before the Honorable John G. Koeltl on December 1, 2026. Undersigned counsel for the Commission (Marc Jones) and counsel to Farber and Wexford anticipate the trial will last approximately 2 weeks. The parties will discuss discovery requests as to Farber and Wexford upon the conclusion of the trial before Judge Koeltl.

**Camelot:** At the present time, the trustee of Camelot (Kelli D. Austin) is a defendant in a criminal case in the Southern District of New York, docketed as 1:26-cr-0077-PGG, which is scheduled for a conference on November 17, 2026. While the Commission anticipates seeking further discovery from Camelot, the parties will confer after November 17 to discuss the timing of additional Camelot discovery requests and/or a FRCP 30(b)(6) deposition of Ms. Austin.

The Commission made a voluminous document production to Defendants on or about September 22, 2026. The parties anticipate that there will be additional written discovery propounded. The Commission expects to seek the depositions of all Defendants and intends to notice non-party depositions in early 2027. In particular, the Commission does not presently anticipate noticing depositions related to Farber, Wexford, and/or Camelot until their other pending cases in this District have been substantively resolved. Defendants do not consent to any depositions going forward until they have had sufficient time to review the substantial production from the Commission and other document productions that may be relevant to the proposed depositions.

Sincerely,

*/s/ Rua M. Kelly*
Rua M. Kelly
Marc J. Jones
Senior Trial Counsel
Securities and Exchange Commission

cc: all counsel of record and Defendant Billy V. Ray, Jr. (via ECF and email)