UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

November 20, 2026

**By ECF (courtesy copy to chambers and counsel)**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

**Re: *Securities and Exchange Commission v. Zhabilov et al.*, 1:24-cv-007362 (ALC)**

Dear Judge Wang:

Pursuant to the Court's October 8, 2026 order (ECF No. 216) requiring the parties to file a monthly joint status letter, the Commission and Defendants Stephen Apolant and Sky-Direct LLC and Relief Defendants NY Farms Group, Inc. and Equity Markets ADV LLC (collectively, "Apolant"), Charles Dilluvio and Seacor Capital, Inc. (collectively, "Dilluvio"), Jonathan Farber ("Farber") and Wexford Industries, Ltd. ("Wexford"), Billy Ray ("Ray") and Camelot Nevada Trust ("Camelot") are hereby filing this letter with the Court.

Because the Defendants are in different postures with regard to discovery and/or other cases filed in this District, the current status as to each Defendant is described separately below.

**Apolant/Dilluvio**: Counsel for Apolant and Dilluvio have advised that they have been collecting materials responsive to the Commission's June 10, 2026 document requests. Dilluvio anticipates making a substantial production this week, and Apolant will begin producing documents before Thanksgiving, with productions on a rolling basis thereafter.

**Ray**: The Commission conferred with Mr. Ray on November 17, 2027, and among other things, engaged in discussions pursuant to FRE 408 related to potential settlement terms. The Commission and Mr. Ray agreed to continue those discussions prior to scheduling Mr. Ray's deposition. Mr. Ray indicated that he would be available in January 2027 for a deposition.

**Farber/Wexford**: On January 16, 2024, the Commission filed a civil complaint related to alleged securities law violations by Jonathan Farber and others, docketed as 1:24-cv-00273-JGK-GS. The jury trial in *SEC v. Farber* will begin on December 1, 2026, after a final pre-trial conference on November 30, 2026. The parties will discuss discovery requests as to Farber and Wexford upon the conclusion of the trial before Judge Koeltl.

**Camelot:** The trustee of Camelot (Kelli D. Austin) is a defendant in a criminal case in the Southern District of New York, docketed as 1:26-cr-0077-PGG. On November 17, 2026, Ms. Austin elected a jury trial, which will begin before Judge Paul Gardephe on March 15, 2027. While the Commission anticipates seeking further discovery from Camelot, the parties will continue to confer as to the timing of additional Camelot discovery requests and/or a FRCP 30(b)(6) deposition of Ms. Austin in light of the recently-scheduled criminal trial.

The Commission intends to notice a limited number of depositions in the coming weeks, but it is unlikely that such depositions will be scheduled until January 2027. As noted in the prior status letter, Defendants do not consent to any depositions going forward until they have had sufficient time to review the September 22, 2026 production from the Commission and other document productions that may be relevant to the proposed depositions.

Sincerely,

*/s/ Rua M. Kelly*
Rua M. Kelly
Marc J. Jones
Senior Trial Counsel
Securities and Exchange Commission

cc: all counsel of record and Defendant Billy V. Ray, Jr. (via ECF and email)